LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
VICTORIA CARRADERO (STATE BAR NO. 217885)
vcarradero@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401

JULIE A. TOTTEN (State Bar No. 166470)
jatotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:     (916) 447-9200
Facsimile:     (916) 329-4900

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
(erroneously sued as "PricewaterhouseCoopers, LLP")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership; and DOES 1-100, inclusive,<br><br>Defendant. | Case No.  06-CV-02376-LKK-GGH<br><br>**STIPULATION RE: EXTENDED PAGE LIMITS FOR BRIEFING ON CLASS CERTIFICATION** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLC ("PwC"), by and through their respective undersigned counsel, that:

1. Plaintiffs will have a total of ten (10) extra pages beyond the normal page limits to allocate to Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification.
2. Defendant will have a total of ten (10) extra pages beyond the normal page limits for its Opposition to Plaintiffs' Motion for Class Certification.

IT IS HEREBY STIPULATED.

Dated: October 18, 2007          KERSHAW, CUTTER & RATINOFF, LLP

                                 By: /s/
                                 Attorneys For Plaintiffs Jason Campbell and
                                 Sarah Sobek

Dated: October 18, 2007          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                 By: /s/
                                 Attorneys For Defendant
                                 PricewaterhouseCoopers LLP

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: October 19, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT