LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
VICTORIA CARRADERO (STATE BAR NO. 217885)
vcarradero@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

JULIE A. TOTTEN (State Bar No. 166470)
jatotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:     (916) 447-9200
Facsimile:      (916) 329-4900

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
(erroneously sued as "PricewaterhouseCoopers, LLP")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership; and DOES 1-100, inclusive,<br><br>　　　　　　Defendant. | Case No.  06-CV-02376-LKK-GGH<br><br>**STIPULATION RE: CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLC ("PwC"), by and through their respective undersigned counsel, that:

1. Plaintiffs' Motion for Class Certification will be filed and served on October 24, 2007 by means to ensure delivery to PwC's counsel by the next business day.
2. Defendant's Opposition to Plaintiffs' Motion for Class Certification will be filed and served on December 7, 2007 by means to ensure delivery to Plaintiffs' counsel by the next business day.
3. Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification will be filed and served on January 4, 2008 by means to ensure delivery to PwC's counsel by the next business day.
4. The hearing on Plaintiffs' Motion for Class Certification will be held on January 14, 2008.

IT IS HEREBY STIPULATED.

Dated:  October 18, 2007            KERSHAW, CUTTER & RATINOFF, LLP

By:  /s/
Attorneys For Plaintiffs Jason Campbell and Sarah Sobek

Dated: October 18  2007            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/
Attorneys For Defendant PricewaterhouseCoopers LLP

### ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated:  October 19, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

OHS West:260318826.1            1