UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

                            NO. CIV. S-06-2376 LKK/GGH

        Plaintiffs,

    v.

PRICEWATERHOUSE COOPERS, LLP,            **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

        Defendant.

_____/

    Pursuant to the revised stipulated protective order signed on October 12, 2007, defendant's motion to seal is GRANTED, subject to such further order of the court as may be appropriate. The clerk's office is directed to FILE UNDER SEAL the documents lodged on October 24, 2007. Plaintiffs are ordered FILE redacted copies of the motion for class certification, the Ueltzen declaration, and the Kershaw declaration (with accompanying exhibits), marking as

////

1

1  redacted those portions detailed in defendant's motion to seal.
2       IT IS SO ORDERED.
3       DATED: December 7, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2