UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

        NO. CIV. S-06-2376 LKK/GGH

    Plaintiffs,

  v.

PRICEWATERHOUSECOOPERS, LLP,      **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

    Defendant.
_____/

    The court is in receipt of plaintiffs' ex parte application to continue the hearing on its motion for class certification. In the opposition to the motion for class certification, defendant has filed voluminous materials, including over fifty declarations. Plaintiffs maintain that an extension of time is warranted in order to facilitate the depositions of some of these declarants. Defendant opposes the application on the grounds that plaintiffs were the ones who proposed the current briefing schedule and that

1

1  at least some of the witnesses (though not all) were already
2  previously disclosed.
3      Plaintiffs ask for a continuance of approximately seven weeks;
4  defendant is amenable to a continuance of two weeks.  Given the
5  size of defendant's opposition, and plaintiffs' desire to conduct
6  depositions, the court finds that a brief continuance of
7  approximately four weeks is appropriate.
8      Accordingly, the courts orders as follows:
9      1. Plaintiffs' reply brief is due by February 6, 2008.
10     2. The hearing on the motion for class certification (Doc. No.
11 48) is continued to February 25, 2008 at 10:00 a.m.
12     IT IS SO ORDERED.
13     DATED:  December 14, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT