UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

          NO. CIV. S-06-2376 LKK/GGH

    Plaintiffs,

  v.

PRICEWATERHOUSE COOPERS, LLP,        **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,
    Defendant.
_____/

    Pursuant to the revised stipulated protective order signed on October 12, 2007, defendant's pending motions to seal[1] (Doc. Nos. 128 (amending Doc. Nos. 62 & 63), 142, & 147) are GRANTED, subject

---

[1] In the future, the parties need not notice motions to seal for a law and motion hearing date; they shall be taken under submission upon filing.

1

1  to further order of the court as may be appropriate.[2]

2

3     IT IS SO ORDERED.

4     DATED: January 11, 2008.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

---

[2] Because the documents were already filed under seal, the clerk's office need not take further action.

2