1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  VICTORIA CARRADERO (STATE BAR NO. 217885)
   vcarradero@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     650-614-7400
5  Facsimile:     650-614-7401

6  JULIE A. TOTTEN (State Bar No. 166470)
   jatotten@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
8  Sacramento, CA 95814-4497
   Telephone:     (916) 447-9200
9  Facsimile:     (916) 329-4900

10 Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP
11 (erroneously sued as "PricewaterhouseCoopers, LLP")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP, <br><br> Plaintiffs, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership; and DOES 1-100, inclusive, <br><br> Defendant. | Case No.  06-CV-02376-LKK-GGH <br><br> **STIPULATION RE: AUTHENTICATION OF CERTAIN DOCUMENTS AND CANCELLATION OF DAVILA DEPOSITION** |
|---|---|

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLC ("PwC"), by and through their respective undersigned counsel, that:

1. Documents Bates stamped PD 00001-00256 can be considered authenticated by Professor Ruben Davila, PwC's expert witness in the class certification stage of this action.
2. Plaintiffs agree that if any documents in production PD 00001-00256 that contain Professor Davila's cell phone number are filed or lodged with the Court, the Plaintiffs' will redact the cell phone number.
3. Plaintiffs will not take the deposition of Professor Davila in this action, which is currently set for Friday, January 18, 2008.

IT IS HEREBY STIPULATED.

Dated: January __, 2008                KERSHAW, CUTTER & RATINOFF, LLP

By: _____
Attorneys For Plaintiffs Jason Campbell and Sarah Sobek

Dated: January __, 2008                ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Attorneys For Defendant PricewaterhouseCoopers LLP

## **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: 01/24/08                /s/ Gregory G. Hollows
U.S. Magistrate Judge

Campbell.ord

STIPULATION & ORDER RE: AUTHENTICATION OF DOCUMENTS AND CANCELLATION OF DAVILA DEPO
CASE NO. 06-CV-02376-LKK-GGH

1