1 LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
2 JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
3 VICTORIA CARRADERO (STATE BAR NO. 217885)
vcarradero@orrick.com
4 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5 Menlo Park, CA  94025
Telephone:      650-614-7400
6 Facsimile:       650-614-7401

7 JULIE A. TOTTEN (State Bar No. 166470)
jatotten@orrick.com
8 ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
9 Sacramento, CA 95814-4497
Telephone:      (916) 447-9200
10 Facsimile:       (916) 329-4900

11 Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
12 (erroneously sued as "PricewaterhouseCoopers, LLP")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>               Plaintiffs,<br><br>     v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership; and DOES 1-100, inclusive,<br><br>               Defendant. | Case No.  06-CV-02376-LKK-GGH<br><br>**STIPULATION AND ORDER RE: SCHEDULING ORDER RE DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES** |

1  WHEREAS the briefing on Plaintiffs' Motion for Class Certification was
2  completed on February 6, 2008;

3  WHEREAS the hearing on Plaintiffs' Motion for Class Certification took place on
4  February 25, 2008;

5  WHEREAS expert disclosure deadlines are imminent in the case and the parties
6  are awaiting an order from the Court on the Motion for Class Certification, which can
7  significantly alter the scope of this litigation;

8  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason
9  Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLP ("PwC"), by and
10 through their respective undersigned counsel, that:

11  1. All expert designations shall be made by July 22, 2008, accompanied by a
12     written report as required by Federal Rule of Civil Procedure 26(a)(2)(B).
13     Depositions of such experts shall occur within 30 days of designation. If an
14     expert is retained solely to contradict or rebut evidence on the same subject
15     matter identified by another party under Rule 26(a)(2)(B), such expert
16     disclosures shall be made within 30 days after the other party's disclosure,
17     accompanied by a written report as required by Rule 26(a)(2)(B).
18     Depositions of such experts shall occur within 30 days of designation. The
19     parties must supplement these disclosures when required under Rule 26(e).
20     The discovery cut off date currently set for June 22, 2008 shall be extended

21
22  //
23  //
24  //
25  //
26  //
27  //
28  //

OHS West:260318826.3         1

STIPULATION AND PROPOSED ORDER RE: SCHEDULING ORDER RE
EXPERT WITNESSES
CASE NO. 06-CV-02376-LKK-GGH

30 days to July 22, 2008, but shall apply only to non-expert discovery.

IT IS HEREBY STIPULATED.

Dated:  March 10, 2008                KERSHAW, CUTTER & RATINOFF, LLP

By: /s/
Attorneys For Plaintiffs Jason Campbell and Sarah Sobek

Dated: March 10, 2008                 ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/
Attorneys For Defendant PricewaterhouseCoopers LLP

### **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated:  March 11, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT