UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

        NO. CIV. S-06-2376 LKK/GGH

    Plaintiffs,

  v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

    Defendant.
_____/

SAMUEL BRANDON KRESS, JEFFREY
LABERGE AND WILLOW MARKHAM,
individually, and on behalf of
all others similarly situated,

    Plaintiffs,

  v.         NO. CIV. S-08-0965 JAM/DAD

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

        RELATED CASE ORDER

    Defendant.
_____/

1

1     Examination of the above-entitled actions reveals that
2 these two (2) actions are related within the meaning of Local Rule
3 83-123(a) (E.D. Cal. 1997). The actions involve some of the same
4 parties, and are based on the same or similar claims, the same
5 property, transaction or event, similar questions of fact and the
6 same question of law.
7     Accordingly, the assignment of the matters to the same judge
8 and magistrate judge is likely to effect a substantial savings of
9 judicial effort and is also likely to be convenient for the
10 parties.
11     The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that the two (2) actions
13 are assigned to the same judge and magistrate judge; no
14 consolidation of the actions is effected.  Under the regular
15 practice of this court, related cases are generally assigned to the
16 judge and magistrate judge to whom the first filed action was
17 assigned.
18     IT IS THEREFORE ORDERED that the action denominated CIV. NO.
19 S-08-0965 JAM/DAD and the same hereby is, reassigned to Judge
20 Lawrence K. Karlton and Magistrate Judge Gregory G. Hollows for all
21 further proceedings, and any dates currently set in this reassigned
22 case <u>only</u>, are hereby VACATED.  Henceforth, the caption on
23 documents filed in the reassigned case shall be shown as CIV. NO.
24 S-08-0965 LKK/GGH.
25     IT IS FURTHER ORDERED that the Clerk of the Court make
26 appropriate adjustment in the assignment of civil cases to

1  compensate for this reassignment.
2       DATED: May 8, 2008.

           _____
           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT