William A. Kershaw, State Bar No. 057486
Lyle W. Cook, State Bar No. 148914
Stuart C. Talley, State Bar No. 180374
**KERSHAW, CUTTER, & RATINOFF, LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

*Attorneys For Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers LLP,<br><br>Plaintiffs,<br><br>vs.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership,<br><br>Defendant. | Case No.: 06-CV-02376-LKK-GGH<br><br>**STIPULATION AND ORDER RE: SCHEDULING OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:  August 14, 2008<br>Time: 10:00 a.m.<br>Dept: 4<br><br>Magistrate Judge: Hon. Gregory G. Hollows |

WHEREAS the Motion to Compel filed by Plaintiffs Jason Campbell and Sarah Sobek is currently scheduled for hearing on August 14, 2008 at 10:00 a.m.;

WHEREAS the parties are continuing to engage in meet and confer efforts regarding the disputed discovery issues;

WHEREAS the parties have agreed to move the Motion to Compel currently on calendar for August 14, 2008 at 10:00 a.m. to August 28, 2008 at 10:00 a.m.;

WHEREAS the Court's Order of July 30, 2008 directs the parties to file the Joint Statement no later than five court days before the scheduled hearing.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLP, by and through their respective undersigned counsel, that the hearing on Plaintiffs' Motion to Compel be moved to August 28, 2008 at 10:00 a.m. and the Joint Statement will be filed on August 21, 2008.

IT IS HEREBY STIPULATED.

Dated: August 4, 2008.                    KERSHAW, CUTTER & RATINOFF, LLP

---
William A. Kershaw
*Attorneys for Plaintiffs*
Jason Campbell and Sarah Sobek

Dated: August 4, 2008.                    ORRICK, HERRINGTON & SUTCLIFFE LLP

---
David A. Prahl
*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

### **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: 08/08/08                           /s/ Gregory G. Hollows
                                          Gregory G. Hollows, Magistrate Judge
                                          UNITED STATES DISTRICT COURT

Campbell.hg