IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL, et al.,

    Plaintiffs,                  No. CIV S-06-2376 LKK GGH

    vs.

PRICE WATERHOUSE COOPERS,

    Defendant.

_____/

SAMUEL BRANDON KRESS, et al.,

    Plaintiffs,                  No. CIV S-08-0965 LKK GGH

    vs.

PRICE WATERHOUSE COOPERS,

    Defendant.

_____/

LAC ANH LE,

    Plaintiff,                   No. CIV S-08-0997 LKK EFB[1]

    vs.

PRICE WATERHOUSE COOPERS,

    Defendant.

_____/

---

[1] Judge Karlton has indicated that he will redesignate the magistrate judge on the Le case to the undersigned.

1

1

2   After a discovery plan conference on August 11, 2008, the court makes the
3   following orders.
4   The parties shall file a joint statement outlining matters addressed at the discovery
5   plan conference within ten days after the consolidated complaint is filed and served.[2]  The parties
6   may refer to the following orders for guidance in framing their joint statement: Nat. Resources
7   Defense Council v. Rodgers, CIV-S-88-1658 LKK GGH (Docket #1105 – issued 5/3/05); Fru-
8   Con Construction Corp. v. Sacramento Municipal Utility District, Civ.S. 05-0583 LKK GGH
9   (docket #133); El Dorado Irrigation District v. Traylor Bros., Inc., Civ.S. 03-0949 LKK GGH
10  (docket # 209); DeFazio v. Hollister, Inc., Civ.S. 04-1358 WBS GGH (docket # 325).
11  IT IS SO ORDERED.
12  Dated: 08/12/08                    /s/ Gregory G. Hollows
13                                      U.S. Magistrate Judge
14
    GGH:076/campbell2376.plan.wpd
15

---

[2] Although not yet ordered at the time this order was issued, the parties indicated that a consolidated complaint would be filed by September 2, 2008.

2