William A. Kershaw, State Bar No. 057486
Lyle W. Cook, State Bar No. 148914
Stuart C. Talley, State Bar No. 180374
**KERSHAW, CUTTER, & RATINOFF, LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

*Attorneys For Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers LLP,<br><br>Plaintiffs,<br><br>vs.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership,<br><br>Defendant. | Case No.: 06-CV-02376-LKK-GGH<br><br>**STIPULATION AND ORDER RE: SCHEDULING OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:  September 11, 2008<br>Time: 10:00 a.m.<br>Dept: 4<br><br>Magistrate Judge: Hon. Gregory G. Hollows |

  WHEREAS the Motion to Compel filed by Plaintiffs Jason Campbell and Sarah Sobek is currently scheduled for hearing on September 11, 2008 at 10:00 a.m.;

  WHEREAS the parties are continuing to engage in meet and confer efforts regarding the disputed discovery issues;

  WHEREAS the parties have agreed to move the Motion to Compel currently on calendar for September 11, 2008 at 10:00 a.m. to September 18, 2008 at 10:00 a.m.;

  WHEREAS the Court's Order of July 30, 2008 directs the parties to file the Joint Statement no later than five court days before the scheduled hearing.

  ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLP, by and through their respective undersigned counsel, that the hearing on Plaintiffs' Motion to Compel be

moved to September 18, 2008 at 10:00 a.m. and the Joint Statement will be filed on September 11, 2008.

    IT IS HEREBY STIPULATED.

Dated: August 28, 2008.                    KERSHAW, CUTTER & RATINOFF, LLP

_____
Lyle W. Cook
*Attorneys for Plaintiffs*
Jason Campbell and Sarah Sobek

Dated: August __, 2008.               ORRICK, HERRINGTON & SUTCLIFFE LLP
June _____, 2008

_____
Julie A. Totten
*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

## **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: 09/03/08                  /s/ Gregory G. Hollows

_____
Gregory G. Hollows, Magistrate Judge
UNITED STATES DISTRICT COURT

Campbell.eot2