LYNNE C. HERMLE (STATE BAR NO. 99779)
JOSEPH C. LIBURT (STATE BAR NO. 155507)
STEVE CHARIYASATIT (STATE BAR NO. 252028)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

NORMAN C. HILE (STATE BAR NO. 57299)
JULIE A. TOTTEN (STATE BAR NO. 166470)
DAVID A. PRAHL (STATE BAR NO. 233583)
ANDREA L. BROWN (STATE BAR NO. 237629)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:      (916) 447-9200
Facsimile:       (916) 329-4900

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
(erroneously sued as "PricewaterhouseCoopers, LLP")

WILLIAM A. KERSHAW (STATE BAR NO. 0574876)
LYLE W. COOK (STATE BAR NO. 148914)
STUART C. TALLEY (STATE BAR NO. 180374)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone:      (916) 448-9800
Facsimile:       (916) 669-4499

Attorneys for Plaintiffs
JASON CAMPBELL and SARAH SOBEK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership; and DOES 1-100, inclusive,<br><br>Defendant. | Case No.  06-CV-02376-LKK-GGH<br><br>**STIPULATION AND ORDER RE BRIEFING ON MOTION TO COMPEL** |

**STIPULATION**

WHEREAS Plaintiffs Jason Campbell and Sarah Sobek ("Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("PwC") have reached agreements regarding each of the requests for production of documents listed in Plaintiffs' Motion to Compel Production of Documents (the "Motion to Compel");

WHEREAS the parties' agreements regarding Plaintiffs' requests for production will likely result in the withdrawal of Plaintiffs' Motion to Compel, which is currently set for hearing in this Court on September 18, 2008;

WHEREAS the parties are presently drafting a stipulation and proposed order that will reflect their agreements and request withdrawal of the Motion to Compel;

WHEREAS the parties have not yet completed drafting the stipulation and proposed order and need additional time to do so;

IT IS HEREBY STIPULATED by and between Plaintiffs and PwC that the parties will file the aforementioned stipulation and proposed order no later than September 15, 2008.  In the event that any of the presently agreed-upon discovery requests become disputed prior to the filing of the stipulation and proposed order, the parties will file, along with the stipulation and proposed order, a joint statement describing the disputed issues and the parties' respective positions.

Dated: September 11, 2008     ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Julie A. Totten
Julie A. Totten
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP


Dated: September 11, 2008     KERSHAW, CUTTER & RATINOFF, LLP


/s/ William a. Kershaw

Attorneys for Plaintiffs
Jason Campbell and Sarah Sobek

[PROPOSED] STIPULATION AND ORDER RE
BRIEFING ON MOTION TO COMPEL

**ORDER**

After consideration of the above Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that the parties must file their joint stipulation reflecting their agreements regarding Plaintiffs' requests for production of documents, along with any proposed order, no later than September 15, 2008.

IT IS HEREBY FURTHER ORDERED that in the event that any of the presently agreed-upon discovery requests become disputed prior to the filing of the stipulation and proposed order, the parties must file, along with the stipulation and proposed order, a joint statement describing the disputed issues and the parties' respective positions. The hearing on any such remaining disputed issues will occur at its presently-scheduled date and time.

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated:  09/12/08                    /s/ Gregory G. Hollows

Gregory G. Hollows
Magistrate Judge
United States District Court

Campbell.stip