UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

        NO. CIV. S-06-2376 LKK/GGH

    Plaintiffs,

  v.

PRICEWATERHOUSE COOPERS, LLP,      **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,
    Defendant.
                                 /

Pending before the court is the defendant' motion to continue the hearing date for the plaintiff's motion for summary judgment, currently set to be heard on October 20, 2008. Plaintiffs do not oppose the continuance. Accordingly, the hearing on the motion for summary judgment (Doc. No. 230) is CONTINUED to November 17, 2008 at 10:00 AM. Defendant's opposition or statement of non-opposition is due not later than November 3, 2008. Plaintiff's reply, if any, is due not later than November 10, 2008.

1

1    The parties also raise concerns regarding the hearing date of
2 a motion defendants intend to file. The court reminds the parties
3 that the July 8, 2008 Scheduling Order ordered that all Law and
4 Motion matters must be completed not later than November 24, 2008.
5 Extension of this deadline would require leave of court, which has
6 not been sought by either party.
7    IT IS SO ORDERED.
8    DATED:  October 3, 2008.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2