UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

          Plaintiffs,

   v.

PRICEWATERHOUSE COOPERS, LLP,
a Limited Liability Partnership;,
and DOES 1-100, inclusive,
          Defendant.
_____/

NO. CIV. S-06-2376 LKK/GGH

**O R D E R**

Pending before the court is plaintiffs' motion to modify the court's October 3, 2008 order. The October 3 order continued the motion hearing date from October 20, 2008 to November 17, 2008 and continued the briefing dates in accordance with Local Rule 78-230. Plaintiffs seek to shorten the time granted to defendants to file and serve their opposition to the motion. Defendants oppose plaintiffs' request.

Plaintiffs presently assert that they require fourteen days

1

to file and serve their reply after the filing of the opposition brief. Additionally, the parties' joint mid-litigation statement indicates that the defendants intend to file two motions for summary judgment and a motion for class decertification and the plaintiffs intend to file an additional motion for summary judgment, by the November 24, 2008 Law and Motion cut-off date. In order to allow the court adequate time to resolve these motions, the court orders as follows:

1. The hearing on plaintiffs motion for summary judgment (Doc. No. 230) is CONTINUED to December 22, 2008.
2. Plaintiffs' reply to that motion, if any, SHALL be filed not later than November 17, 2008. Defendants' opposition or statement of non-opposition remains due on November 3, 2008.
3. The Law and Motion cut-off date is CONTINUED to December 22, 2008. All other deadlines in the court's July 2, 2008 scheduling order remain unchanged.
4. All future Law and Motion matters SHALL be noticed so as to be heard on December 22, 2008. All such matters SHALL be filed and served not later than October 31, 2008. Oppositions or statements of non-opposition due not later than November 17, 2008. Replies, if any, due not later than December 1, 2008.

IT IS SO ORDERED.

DATED: October 15, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT