William A. Kershaw, State Bar No. 057486
Lyle W. Cook, State Bar No. 148914
Stuart C. Talley, State Bar No. 180374
KERSHAW, CUTTER, & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile:   (916) 669-4499

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>            Plaintiffs,<br><br>       vs.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership,<br><br>            Defendant. | Case No.: 06-CV-02376-LKK-GGH<br><br>**ORDER MODIFYING THIS COURT'S ORDER OF JUNE 4, 2008**<br><br>Judge Lawrence K. Karlton |

The Court, having considered Plaintiffs' Motion Seeking Modification of this Court's Order of June 4, 2008, and that the Motion is not opposed by Defendant PricewaterhouseCoopers LLP, the Court orders as follows:

This Court's Order of June 4, 2008, is hereby modified, and defendant PricewaterhouseCoopers LLP, is hereby ordered to provide Plaintiffs with the most current phone numbers possessed by defendant for each member of the certified class no later than close of business October 28, 2008.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: October 17, 2008.

> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT

[PROPOSED] ORDER MODIFYING THIS COURT'S ORDER JUNE 4, 2008

PDF created with pdfFactory trial version www.pdffactory.com