LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
DAVID A. PRAHL (STATE BAR NO. 233583)
dprahl@orrick.com
ANDREA L. BROWN (STATE BAR NO. 237629)
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
(erroneously sued as "PricewaterhouseCoopers, LLP")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 06-CV-02376 LKK GGH<br><br>**DECLARATION OF RUBEN DAVILA IN SUPPORT OF PRICEWATERHOUSECOOPERS LLP'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date: December 22, 2008<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

## I. BACKGROUND AND QUALIFICATIONS

1. I am a Clinical Professor of Accounting at the University of Southern California ("USC"). I currently teach graduate, undergraduate, and executive education courses at USC's Leventhal School of Accounting and Marshall School of Business. For over twenty years, I have taught a variety of accounting courses including auditing, corporate financial reporting, managerial and cost accounting, and interdisciplinary integrated courses. During these courses, I require my students to analyze companies and their transactions as case studies. In a case study analysis, I work with my students to research the relevant technical body of knowledge, apply it to the given facts, consider alternative approaches, form conclusions and communicate them in written and oral presentations.

2. I have a Bachelor of Science in Accounting from Loyola Marymount University, a Master of Business Administration from the USC's Marshall School of Business, and a Juris Doctor from Loyola Law School. I have also attended and participated in numerous educational seminars and presentations in conjunction with my employment at USC and continuing education courses related to my professional licenses.

3. I have been a licensed California Certified Public Accountant ("CPA") since 1982 and was admitted to the California State Bar in 2001. I began my professional career in the audit division of Deloitte Haskins & Sells (DH&S - currently merged into Deloitte) where I worked from 1979 to 1985. From 1982 to 1984, I worked on special projects for DH&S on part-time basis while I pursued my MBA on a full-time basis. After leaving DH&S, I was appointed to a full-time faculty position at USC.

4. While working at USC, I have developed a consulting and forensic accounting practice. This practice comprises nineteen years as a litigation consultant and expert witness in a variety of complex business litigation cases involving issues related to fraudulent financial reporting, financial reporting issues, auditing, business valuation, contract damages, fraud, embezzlement, and the analysis and interpretation of financial information.

5. I have been actively involved in the development and the regulation of the accounting profession through my involvement with a number of professional and regulatory

organizations and their boards and committees.

6. I served as a board member of the California Board of Accountancy ("CBA") from 2003 until early 2007. The CBA is responsible for the licensing and regulation of more than 63,000 individual CPAs and approximately 4,500 CPA firms in the state of California. The CBA's purpose is to foster consumer protection. It regulates the accounting profession through enforcement of the California Accountancy Act and Accountancy Regulations. It investigates and disciplines an average of 30-50 licensees per year. In addition, the CBA handles complex cases involving large firms that audit publicly traded companies, financial institutions, governmental and charitable entities. As a board member, I was regularly involved in CBA disciplinary hearings against licensees for violations of the California Accountancy Act and Regulations. The CBA also develops procedures and regulations to implement licensing requirements, and provide licensing information to the accounting profession and general public. Finally, it reports to the California Legislature on emerging challenges in regulation, discipline, and licensing requirements. I served as the CBA's Secretary-Treasurer in 2006 and on several CBA Committees and Task Forces.

7. I am currently a member of the American Institute of Certified Public Accountants ("AICPA"). The AICPA is the national professional organization for CPAs and currently has approximately 350,000 members of which 334,000 are CPAs. I currently sit on the AICPA's Board of Examiners ("BOE"). The BOE is responsible for developing and grading the Uniform CPA Examination ("CPA Exam") and establishing appropriate passing standards. The boards of accountancy of all 55 U.S. jurisdictions use the CPA Exam as the primary method of measuring the technical competence of CPA candidates. I am also a member of the BOE's Financial Reporting Subcommittee which is responsible for specific CPA Exam content.

8. I was a member of the AICPA's State Board Committee ("SBC") from 2006 to 2007. The SBC facilitates communication between the BOE, the National Association of State Boards of Accountancy ("NASBA") and state boards of accountancy on pending BOE actions, significant and emerging issues and concerns related to the CPA exam. The SBC solicits feedback and advises the BOE on various proposed courses of action.

9. I am a member of NASBA which serves as a forum for the 55 boards of accountancy in the United States. I have served on three of NASBA's service committees.

10. I was a member of NASBA's Education Committee ("EC") from 2006 to 2007. The EC was charged with developing uniform minimum educational requirements for CPA candidates. The EC undertook an extensive study of education requirements for CPA licensure and solicited feedback from various stakeholders in developing revised uniform education standards for entrance into the CPA profession. These requirements were incorporated into the Uniform Accountancy Act.

11. I was appointed to the International Qualifications Appraisal Board ("IQAB") in 2004 and served until 2007. IQAB is a joint body of the AICPA and NASBA. IQAB is charged with evaluating the admissions standards of international professional accounting bodies that grant licenses or certificates to practice public accounting in foreign jurisdictions. IQAB then negotiates mutual recognition agreements with foreign accounting bodies whose qualifications processes are assessed as substantially equivalent to U.S. CPA admission requirements.

12. I am also currently a member of NASBA's Continuing Professional Education Advisory Committee.

13. A curriculum vitae further describing my qualifications is attached to this report as Exhibit A.

## II. SUMMARY OF OPINIONS

14. Audited financial statements facilitate a company's access to capital markets and lower a company's cost of capital by providing independent assurance about the information contained in the financial statements.

15. Each area of an audit engagement covers a matter of substantial importance as each area contains the potential for material misstatement.

16. Auditors provide information, feedback, and advice to the board of directors, the audit committee, and management that allow an organization to improve the financial reporting process, internal control systems, and general business processes.

17. Those entering public accounting in the assurance area are entering a profession

that customarily requires rigorous specialized academic instruction at an accredited university or college.

## III. OPINIONS

### A. Audited Financial Statements Facilitate Access to Capital

18. A financial statement audit facilitates a company's access to capital from investors and creditors. Financial statements are one of the critical sources of information used by investors and creditors to assess the relative risk and opportunities associated with a given investment. Management uses financial statements to communicate vital information to investors and creditors about a company's performance, its financial position, rights and obligations, and pertinent disclosures.

19. When providing its financial statements or annual reports to investors and creditors, management is making assertions about the information contained in the financial statements. In order to facilitate comparisons between companies, financial statements are prepared in accordance with an agreed upon comprehensive standard of reporting called generally accepted accounting principles ("GAAP"). Using GAAP to prepare its financial statements, management is asserting:

- Existence or occurrence: the assets, liabilities, and equities reported on the balance sheet exist, and the transactions reported in the income statement actually occurred.
- Completeness: no assets, liabilities, equities or income statement transactions have been omitted from the financial statements.
- Rights and obligations: the assets reported on the balance sheets are owned, and all claims or restrictions against the company or its assets are properly recorded, categorized and disclosed.
- Valuation and allocation: assets, liabilities and equities appearing on the balance sheet and transactions appearing on the income statement have been properly valued and allocated.
- Presentation and disclosure: the accounts, values, and information in the

financial statements are properly categorized and the related disclosure is adequate.

20. The independent auditor plays a key role in facilitating a company's access to capital markets by providing assurance as to the assertions made in a company's financial statements. The auditor obtains this assurance by planning and conducting an audit engagement in accordance with professional standards called generally accepted auditing standards ("GAAS"). Professional auditing standards require that the audit be planned and conducted to provide reasonable assurance that an entity's financial statements are free of material misstatements and that the entity's internal controls over financial reporting are effective. An auditor conforms to these standards by using a variety of techniques and procedures to assess risk and gather sufficient and competent evidence to test the information contained in the financial statements. This process includes evaluating the accounting principles used by the company, significant estimates made by management, and financial statement presentation and disclosures. Based on the evidence gathered the independent auditor will formulate an opinion as to whether or not the financial statements and related disclosures are prepared in accordance with generally accepted accounting principles. In the case of public companies, the auditor will also report on the effectiveness of a company's internal control system.

21. The role of an independent audit is critical to our capital markets' ability to function, which is based on timely access to credible information. U.S. Secretary Henry M. Paulsen stated, "the lifeblood of capital markets are the financial statements, and the sustainability of the auditing profession is critical to investor confidence in our capital markets." (September 26, 2008, ACAP Meeting; See Exhibit B, Financial Reporting Blog, September 26, 2008.) The significant role audited financial statements play in capital markets is evidenced by the Security Exchange Commission ("SEC") requirement that all publicly traded U.S. entities provide audited financial statements on a quarterly and annual basis. Having reliable information effectively lowers the cost of capital to companies seeking investors.

**B. <u>Each audit area covers matters of substantial importance.</u>**

22. The audit examination is an integrated process with the objective of obtaining

reasonable assurance that the financial statements are free of material misstatements and are prepared in accordance with generally accepted accounting principles. The procedures and evidence gathering techniques performed, including those audit areas performed by non-licensed associates, are all planned with the objective of identifying a potential material misstatement. As such, each member of the audit team is expected to have sufficient education, training, and skills to conduct themselves in accordance with professional standards when executing their individual audit area. This includes gathering evidence, making observations, and exercising judgment to identify the potential for material misstatements or violations of generally accepted accounting principles in a given audit area. Each area has the potential for an error or possible material misstatement. If there was no such potential, there would be no need to audit a given area.

**C. <u>Auditors Provide Information That Improve Controls and Processes</u>**

23. While the primary purpose of an audit is to express an opinion on an organization's financial statements, auditors are in a position to draw on their expertise and provide an organization with information, feedback and suggestions that allow an organization to improve its business processes and systems. Auditors will communicate their observations, findings, and suggestions on a wide array of topics including the choices and policies that impact the financial reporting, issues related to deficiencies or material weaknesses in the internal control process, and issues related to operations, administration, and other general business issues. The auditor is required to communicate specific findings and observations to the board of directors, the audit committee or management according to professional standards. Some auditor communications involving suggestions for improvement are discretionary.

24. The information auditors provide to the board of directors or management allows an organization to take appropriate corrective action or make changes that improve financial reporting systems, internal control systems, and other business operations or procedures.

25. The three most common forms of auditor communication are:

**(1) <u>Reports to the Board of Directors or its Audit Committee.</u>**

A public company is legally required to have an audit committee that is responsible for the financial reporting process. The audit committee's responsibilities include hiring the external auditor and

handling communications with the auditor before, during, and at the conclusion of the audit process. The audit committee is a subcommittee of the board of directors.

Professional standards provide that the auditor communicate with the audit committee about specific issues. If the entity is nonpublic and does not have an audit committee, the auditor will direct these communications to the board of directors or, where appropriate, management. Examples of communications required by professional standards include but are not limited to:

- All critical accounting policies and practices to be used. (Section 204 of Sarbanes-Oxley of 2002, attached hereto as Exhibit C.)

- All alternative treatments of financial information within generally accepted accounting principles that have been discussed with management, ramifications of alternative disclosures and treatments, and the treatment preferred by the auditor. (Section 204 of Sarbanes-Oxley of 2002, attached hereto as Exhibit C.)

- Other material written communications between the auditor and management, such as a management letter or a schedule of unadjusted differences. (Section 204 of Sarbanes-Oxley of 2002, attached hereto as Exhibit C.)

- Significant accounting policies and procedures used in preparing financial statements. The auditor should determine that the audit committee is informed about: (a) initial selection of accounting policies, (b) changes in significant accounting policies, (c) changes in application of significant accounting policies, and (d) methods used to account for significant unusual transactions or emerging issues for which there is a lack of authoritative standards or support. (AICPA Auditing Standard AU § 380, attached hereto as Exhibit D.)

- Management judgments related to significant accounting estimates. Auditor should ensure that the audit committee is informed about the process management uses to formulate accounting estimates, especially particularly sensitive estimates, and the basis for the auditor's conclusions regarding the reasonableness of those estimates.

- Nature and resolution of audit adjustments. Auditors should report adjustments arising during the audit that could, in the auditor's judgment, either individually or in the aggregate, have a significant effect on the entity's financial reporting process. The auditor should include the nature and resolution of significant audit adjustments including adjustments that were determined by management to be immaterial, both individually and in the aggregate. (AICPA Auditing Standard AU § 380, attached hereto as Exhibit D.)

- Auditor's judgment about the quality of the issuer's accounting principles. The auditor should report to the audit committee, the auditor's judgments about the quality - not just the acceptability - of the entity's accounting policies as applied in its financial statements. (AICPA Auditing Standard AU § 380, attached hereto as Exhibit D.)

- Disagreements with management. The auditor should discuss with the audit committee any disagreements with management, whether or not satisfactorily resolved, about matters that, either individually or in the aggregate, could be significant to the entity's financial statements or to the auditor's. (AICPA Auditing Standard AU § 380, attached hereto as Exhibit D.)

- Difficulties encountered during the audit. The auditor should inform the audit committee of any serious difficulties with management related to the performance of the audit such as delays in providing information, missing documents or records, and lack of access to documents or records. (AICPA Auditing Standard AU § 380, attached hereto as Exhibit D.)

- Illegal acts. The auditor is required to inform the audit committee about illegal acts that come to the auditor's attention during the audit engagement. Illegal acts refer to violation of laws or governmental regulations (AICPA Auditing Standard AU § 317, attached hereto as Exhibit E.)

- Fraud. The auditor is required to communicate to the audit committee evidence of fraud involving senior management and fraud (whether caused by senior management or other employees) that results in material misstatement of the financial statements. (AICPA Auditing Standard AU § 316, attached hereto as Exhibit F.)

- Noncompliance with laws and regulations for government entities. The auditor has the responsibility to inform management if it becomes aware that a government entity is not in compliance with applicable laws or regulations. (AICPA Auditing Standard AU § 801, attached hereto as Exhibit G.)

- Internal control-related matters noted during an audit of internal control over financial reporting performed in conjunction with an audit of the financial statements. Auditors of public companies are required to perform integrated audits. An integrated audit involves the examination of both the financial statements and the effectiveness of internal controls over the financial reporting process. The auditor must communicate to the audit committee all significant deficiencies and material weaknesses that have been identified during the audit. (PCAOB Audit Standard No. 2, attached hereto as Exhibit H.)

**(2) Reports on Internal Control Issues Discovered as Part of the Audit.**

As just described, the auditor of a public company must communicate all significant deficiencies and material weaknesses identified during an integrated audit. In the case of an audit of a nonpublic entity, the auditor may discover "reportable conditions" related to an entity's internal control system. A reportable condition is a deficiency in internal controls that adversely affects the client's ability to generate accurate and reliable accounting information.

While the auditor is not required to plan an audit engagement specifically to discover possible reportable conditions, the execution of the auditor's procedures, especially process analysis and obtaining an understanding of internal controls, may bring reportable conditions to the auditor's attention. The auditor should communicate the nature of any reportable conditions discovered during the audit.

**(3) Management Letters.**

The auditor may wish to bring other issues identified during the course of an audit to the attention of management or the board of directors. These suggestions do not impact internal controls or the financial statements but may enable the company to improve management performance in a variety of general business areas such as operations and administration.

Providing these communications to an entity's board of directors, the audit committee, or management does not violate auditor independence. The SEC has maintained this position when addressing auditors' recommendations and suggestions for improving internal controls and risk management controls:

"During the conduct of the audit in accordance with generally accepted auditing standards or when providing attest services related to internal controls, the auditor evaluates the company's internal controls and, as a result, may make recommendations for improvements to the controls. Doing so is a part of the accountant's responsibilities under GAAS or applicable attestation standards."

"….(S)ervices in connection with the assessment of internal accounting and risk management controls, as well as providing recommendations for improvements, do not impair an accountant's independence. Accountants must gain an understanding of their audit clients' systems of internal controls when conducting an audit in accordance with GAAS. With this insight, accountants often become involved in diagnosing, assessing, and recommending to audit committees and management ways in which their audit client's internal controls can be improved or strengthened. The resulting improvements in the audit client's controls not only result in improved financial reporting to investors but also can facilitate the performance of high quality audits. For these reasons, we are continuing to allow accountants to assess the effectiveness of an audit client's internal controls and to recommend improvements in

> the design and implementation of internal controls and risk management controls."
>
> "...(O)btaining an understanding of, assessing effectiveness of, and recommending improvements to the internal accounting and risk management controls is fundamental to the audit process and does not impair the accountant's independence."
> (SEC Release No. 33-8183, pp. 16-17, attached hereto as Exhibit I.)

26. As described above, the information contained in the (1) report to the board of directors or audit committee, (2) report on internal control issues and (3) management letter, provides the board of directors and management with valuable information and insights about the processes and procedures that will allow them to better understand, manage and improve the financial reporting systems, internal control processes, and general business processes and procedures within an organization.

**D. <u>The Accounting Profession Requires Specialized Academic Training</u>**

27. In order to enter the public accounting profession, candidates customarily undertake a rigorous and prolonged course of specialized academic instruction at the university or college level. The CBA has established the following minimum educational requirements for licensure as a California CPA:

- The equivalent of a baccalaureate or higher degree from a nationally or regionally accredited institution.
- Core course requirements that consist of 24 semester units in business related courses and 24 semester units in accounting subjects. Courses available for credit must cover the following subjects:

| Business Related Courses | Accounting Subjects |
|---|---|
| ▪ Business Administration | ▪ Accounting |
| ▪ Business Communications | ▪ Auditing |
| ▪ Business Law | ▪ External or Internal Reporting |
| ▪ Business Management | ▪ Financial Reporting |

| Business Related Courses | Accounting Subjects |
|---|---|
| ▪ Business Related Law Courses – offered by an accredited law school<br>▪ Computer Science/Information Systems<br>▪ Economics<br>▪ Finance<br>▪ Marketing<br>▪ Mathematics<br>▪ Statistics | ▪ Financial Statement Analysis<br>▪ Taxation |

[CBA Uniform CPA Examination Handbook, pp. 4-5, attached hereto as Exhibit J]

28. These requirements are the minimum for CPA licensure. Accredited universities and colleges customarily have more rigorous requirements for an accounting degree or an accounting minor. They require rigorous prerequisite courses and additional specific business and accounting courses in order to achieve the appropriate level of academic instruction necessary to enter the accounting profession.

29. For example, academic course requirements for an accounting degree at the USC's Leventhal School of Accounting ("Leventhal") provide that an undergraduate student already admitted to USC must apply separately to gain admission to its various accounting degree programs. This admission process includes taking specific courses and meeting minimum performance requirements:

> (1) Prerequisite Courses - 5 courses consisting of 20 units with a grade of B or better.

- Writing and Critical Issues
- Microeconomics
- Macroencomics
- Principles of Fundamental Calculus
- Probability for Business

(2) Fundamental Accounting Courses – 2 courses consisting of 8 units with minimum requirement of B average grade or better.

- Core Accounting Concepts A
- Core Accounting Concepts B

(3) Business Administration Core Courses for Accounting Majors – 9 courses consisting of 36 units.

- Business Communication (specialized for accounting majors)
- Management – Leading Organizations
- Finance
- Marketing Management
- Applied Business Statistics
- Operations Management
- Macroeconomic Analysis for Business Decisions
- Economic Analysis or Managerial Decision- Making and Planning

(4) Upper Division Accounting Courses – three tracks are offered:

1. Accounting Track – 22 units with 14 units of required accounting courses and 8 elective units of accounting courses.

2. Accounting Information System – 22 required units

3. Graduate Accounting Track – 22 required with an additional 30 units of graduate accounting and business courses.

30. The upper division and graduate accounting courses available at Leventhal cover a wide array of technical areas. Examples of courses offered include:

- External Financial Reporting A/B

- Advanced External Reporting.
- Introduction to Accounting Systems
- Accounting Information Design.
- Introduction to Assurance Services
- Detecting Fraudulent Financial Reporting
- Forensic Accounting
- Taxation of Corporations
- State and Local Taxation
- International Taxation
- Gift and Estate Planning
- International Accounting
- Accounting for Mergers and Acquisitions

31. Leventhal awards an undergraduate Bachelor of Science in Accounting, a Masters Degree in Accounting, a Masters of Business Taxation, and a Ph.D. in Accounting. An accounting minor is also offered. Students must meet entrance requirements and apply separately to each accounting degree program.

32. Entrance requirements to the undergraduate program include minimum grade performances in the rigorous prerequisite courses listed. After admission to the program, Leventhal students must maintain minimum GPA requirements for courses taken. (www.marshall.usc.edu/leventhal/)

33. A review of the accounting minor at the University of California at Los Angeles's Anderson School of Management ("Anderson") reveals similar academic requirements and courses of study. Anderson's 8 prerequisite courses are as follows:

- Two calculus courses
- Two economics courses
- Statistics for business and economics
- Two introductory accounting courses
- Writing level II

34. Students may apply to the accounting minor program after completing 90 units. Candidates for the accounting minor must have a 3.2 GPA with a C grade or better in each of the prerequisite courses above. Acceptance to the minor is competitive, and meeting the minimum requirements does not guarantee admission to Anderson's accounting minor program. Once admitted, a student must take 11 courses covering a variety of technical accounting areas including:

- Intermediate Financial Accounting I and II
- Advanced Accounting
- Tax Principles and Policy
- Corporate and Partnership Taxation
- Auditing
- Managerial Accounting
- Financial Statement Analysis
- Business Law
- Finance
- Special Topics such as Mergers and Acquisitions

(www.anderson.ucla.edu/x315.xml)

35. The curriculum of both the Leventhal and Anderson accounting programs are representative examples of the rigorous course of academic study customarily taken by those entering the accounting profession. Non-accounting course work allows students to develop the ability to understand and apply economics, finance, behavioral science, decision theory, and statistical methods. Such prerequisite courses develop sophisticated quantitative and analytical skills along with oral and written communication skills which are supplemented by additional courses in the accounting curriculum. Accounting specific courses develop a student's understanding of the technical body of knowledge in the five functional areas of accounting:

- Financial Accounting – focuses on external financial reporting and the authoritative literature that comprises generally accepted accounting principles and other comprehensive standards for financial reporting.

- Managerial Accounting – focuses on internal uses of accounting by management including planning, decision making and control.
- Taxation – covers principles of corporate, personal, state and federal taxation and gift and estate planning based on applicable laws, regulations, court cases, and IRS rulings.
- Assurance – covers assurance services including the attest and audit functions and applicable professional standards.
- Systems – covers information technology and system design.

36. In each case, a student is required to learn and develop the skills to understand and apply the technical body of knowledge in all functional areas of the accounting profession. A student typically chooses to specialize in one of the functional areas of accounting by taking additional courses in that area.

37. For a student pursuing a career in the assurance or audit profession, specialization means acquiring advanced knowledge about generally accepted accounting principles, other comprehensive standards of financial reporting such as International Financial Reporting Standards ("IFRS"), GAAS and other authoritative professional standards. The authoritative literature that governs professional accounting is promulgated by several organizations including the Financial Accounting Standards Board ("FASB"), the AICPA, the SEC, the Public Company Accounting Oversight Board ("PCAOB"), Advisory Committee on the Auditing Profession ("ACAP"), the Governmental Accounting Standards Board ("GASB"), the Internal Revenue Service ("IRS"), the Treasury Department, various courts, and regulatory agencies such as the CBA.

38. Those entering the audit profession need to pursue a course of academic study that allows them to gain an understanding of this advanced technical knowledge along with the skills necessary to apply this technical knowledge in a myriad of situations, including specific industries and specific companies that operate under varying circumstances and in different environments. This course of study involves developing the research and analytical skills and independent judgment to apply the authoritative literature to a given situation after considering

the alternatives and implications of different choices.

## IV. COMPENSATION

39. I am being compensated for my work in this matter at the rate of $400 per hour. My compensation is not contingent on the conclusions reached in the ultimate resolution of this case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 26, 2008.

RUBEN DAVILA