WILLIAM A. KERSHAW (STATE BAR NO. 0574876)
LYLE W. COOK (STATE BAR NO. 148914)
STUART C. TALLEY (STATE BAR NO. 180374)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 448-9800
Facsimile:   (916) 669-4499

Attorneys for Plaintiffs
JASON CAMPBELL and SARAH SOBEK


LYNNE C. HERMLE (STATE BAR NO. 99779)
JOSEPH C. LIBURT (STATE BAR NO. 155507)
STEVE CHARIYASATIT (STATE BAR NO. 252028)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

NORMAN C. HILE (STATE BAR NO. 57299)
JULIE A. TOTTEN (STATE BAR NO. 166470)
DAVID A. PRAHL (STATE BAR NO. 233583)
ANDREA L. BROWN (STATE BAR NO. 237629)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:  (916) 447-9200
Facsimile:   (916) 329-4900

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
(erroneously sued as "PricewaterhouseCoopers, LLP")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership; and DOES 1-100, inclusive,<br><br>Defendant. | Case No.  06-CV-02376-LKK-GGH<br><br>**STIPULATION AND ORDER RE: PAGE LIMITS FOR OPPOSITIONS AND REPLIES ON PWC'S SUMMARY JUDGMENT MOTIONS SET FOR HEARING ON DECEMBER 22, 2008.** |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS on October 27, 2008 Defendant PricewaterhouseCoopers LLP ("PwC") filed its 30-page Motion for Summary Judgment or, in the Alternative, Summary Adjudication [as to the entire class] and its 30-page Memorandum of Points and Authorities in Support of Motion by Defendant PricewaterhouseCoopers LLP for Summary Judgment on Claims of Plaintiff Jason Campbell.

WHEREAS the parties agree that the oppositions and replies to PwC's two Motions can be more effectively organized and presented by applying the combined page limits to both sets of oppositions and replies, rather than half the combined page limit to the individual oppositions and replies.

WHEREAS, the parties further agree this would benefit the Court in consideration of the Motions.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason Campbell and Sarah Sobek and Defendant PwC, by and through their respective undersigned counsel, that:

1. Plaintiffs will have a total of 60 pages to oppose PwC's two Motions for Summary Judgment, with pages to be allocated between the Oppositions as Plaintiffs may decide.

2. Defendant will have a total of 30 pages to reply to Plaintiffs' Oppositions to PwC's Motions for Summary Judgment, with pages to be allocated between the Replies as PwC may decide.

IT IS HEREBY STIPULATED.

Dated: November 5, 2008                    KERSHAW, CUTTER & RATINOFF, LLP

                                           /s/
                                           William A. Kershaw
                                           Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER RE: PAGE LIMITS

PDF created with pdfFactory trial version www.pdffactory.com

Dated: November 5, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Julie A. Totten
Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: November 10, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT