UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

        Plaintiffs,

   v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

        Defendant.
_____/

NO. CIV. S-06-2376 LKK/GGH

**O R D E R**

Pending before the court are four motions for summary judgment brought by plaintiffs and defendants, respectively, and related motions to seal, all of which are currently set to be heard on December 22, 2008. Due to court congestion, the court CONTINUES the hearing on all motions to January 30, 2009 at 10:00 AM. The remaining deadlines set forth in the court's October 23, 2008 scheduling order remain unchanged.

////

1

1    IT IS SO ORDERED.

2    DATED:  December 10, 2008.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2