William A. Kershaw (STATE BAR NO. 057486)
Lyle W. Cook (STATE BAR NO. 148914)
Stuart C. Talley (STATE BAR NO. 180374)
KERSHAW, CUTTER, & RATINOFF, LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile:   (916) 669-4499

*Attorneys For Plaintiffs*


LYNNE C. HERMLE (STATE BAR NO. 99779)
JOSEPH C. LIBURT (STATE BAR NO. 155507)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

NORMAN C. HILE (STATE BAR NO. 57299)
JULIE A. TOTTEN (STATE BAR NO. 166470)
DAVID A. PRAHL (STATE BAR NO. 233583)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers LLP,<br><br>Plaintiffs,<br><br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP, a Limited Liability Partnership,<br><br>Defendant. | Case No.: 06-CV-02376-LKK-GGH<br><br>**STIPULATION AND ORDER RE: HEARING OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: February 9, 2009<br>Time: 10:00 a.m.<br>Dept: 4<br>Judge: Hon. Lawrence K. Karlton |

WHEREAS Plaintiffs Jason Campbell and Sarah Sobek ("Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("PwC") have collectively filed a total of four motions for summary judgment in this matter;

WHEREAS the hearing on the parties' motions for summary judgment was originally scheduled to take place on December 22, 2008 at 10:00 a.m. in Department 4 of this Court;

WHEREAS on December 11, 2008, the Court rescheduled the hearing of the parties' motions for summary judgment to January 30, 2009;

WHEREAS the parties have conflicts precluding them from attending a hearing on January 30, 2008;

WHEREAS the parties have met and conferred and agreed on a rescheduled hearing date of February 9, 2009;

WHEREAS the parties understand that the Court has sufficient room on its calendar to accommodate a hearing of the parties' motions for summary judgment on February 9, 2009;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLP, by and through their respective undersigned counsel, that this stipulated order be approved and entered by the Court, and that the hearing on the parties' motions for summary judgment be rescheduled to take place on February 9, 2009 at 10:00 a.m. in Department 4 of this Court.

IT IS HEREBY STIPULATED.

Dated:  December 16, 2008                    KERSHAW, CUTTER & RATINOFF, LLP


                                              /s/ William A. Kershaw
                                             William A. Kershaw
                                             *Attorneys for Plaintiffs*
                                             Jason Campbell and Sarah Sobek

Dated:  December 16, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                              /s/ Julie A. Totten
                                             Julie A. Totten
                                             *Attorneys for Defendant*

PRICEWATERHOUSECOOPERS LLP

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: December 18, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT