1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  NORMAN C. HILE (State Bar No. 57299)
   nhile@orrick.com
7  JULIE A. TOTTEN (State Bar No. 166470)
   jatotten@orrick.com
8  DAVID A. PRAHL (State Bar No. 233583)
   dprahl@orrick.com
9  ANDREA L. BROWN (State Bar No. 237629)
   abrown@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
11 Sacramento, CA 95814-4497
   Telephone:    916-447-9200
12 Facsimile:    916-329-4900

13 Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP
14 (erroneously sued as "PricewaterhouseCoopers, LLP")

15
16                    UNITED STATES DISTRICT COURT
17                    EASTERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>  Plaintiffs,<br><br>  v.<br><br>PRICEWATERHOUSECOOPERS LLP, a Limited Liability Partnership; and DOES 1-100, inclusive,<br><br>  Defendant. | Case No.  06-CV-02376-LKK-GGH<br><br>**ORDER GRANTING DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO SEAL ITS MOTION FOR SUMMARY JUDGMENT ON CLAIMS OF PLAINTIFF JASON CAMPBELL, ITS MOTION FOR SUMMARY JUDGMENT RE CLASS, AND SELECT SUPPORTING DECLARATIONS AND EXHIBITS** |

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having considered Defendant PricewaterhouseCoopers LLP's ("PwC") Motion to Seal its Motion for Summary Judgment on Claims of Plaintiff Jason Campbell, its Motion for Summary Judgment re Class, and Select Supporting Declarations and Exhibits, the arguments of counsel, the pleadings and papers lodged and on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

Defendant PwC's Motion to Seal is Granted. The Clerk of Court shall permanently seal the following documents:

- PwC's Memorandum of Points and Authorities in Support of PwC's Campbell MSJ ("PwC's MSJ Re Campbell MPA");
- PwC's Memorandum of Points and Authorities in Support of PwC's Class MSJ ("PwC's MSJ Re Class MPA");
- PwC's Statement of Undisputed Material Facts in Support of PwC's MSJ Re Campbell MPA ("PwC's Campbell UFs");
- PwC's Statement of Undisputed Material Facts in Support of PwC's MSJ Re Class MPA ("PwC's Class UFs");[1]
- The following exhibits attached to the Declaration of Norman C. Hile in support of PwC's Campbell MSJ and PwC's Class MSJ ("Hile Dec."): Exhibit 1 (Declaration of Michael Anderson); Exhibit 2 (Declaration of Tracy Butler); Exhibit 4 (Declaration of Rodney Dowell); Exhibit 5 (Declaration of Thomas Erginsoy); Exhibit 6 (Declaration of Erica Gellerman); Exhibit 7 (Declaration of Daniel Goepp); Exhibit 8 (Declaration of Ryann Celine Lucas); Exhibit 9 (Declaration of Michael McCarvel); Exhibit 10 (Declaration of Denise McCurry); Exhibit 11 (Declaration of Jeffrey Mollenhauer); Exhibit 12 (Declaration of Jennifer Nielsen); Exhibit 13 (Declaration of Carl Lee Overstreet); Exhibit 14 (Declaration of Ashlee Pierce); Exhibit 15 (Declaration of Lindsey Piziali); Exhibit 16 (Declaration of Travis Salha); Exhibit 17 (Declaration of Lambert Shiu); Exhibit 18 (Declaration

---

[1] All information pertaining to each UF is ordered sealed, including information contained in both the "Undisputed Material Facts" column and the "Supporting Evidence" column.

PDF created with pdfFactory trial version www.pdffactory.com

of Benson Thomander); Exhibit 19 (Declaration of Timothy Vance); Exhibit 20 (Declaration of Steve White); Exhibit 21 (Declaration of Mark Bates); Exhibit 22 (Declaration of Nipun Soni); and the following additional exhibits attached thereto: Exhibit 23 (a copy of select pages of the deposition of Plaintiff Jason Campbell, including portions of Exhibits 1-4, 6, 8-20 thereto), and Exhibit 24 (a copy of select pages of the deposition of Plaintiff Sarah Sobek, including Exhibit 9 thereto);

- Declaration of Janet Scott in support of PwC's Campbell MSJ and PwC's Class MSJ ("Scott Dec."), at paragraphs 9 and 10; and the following exhibits attached thereto: Exhibit A (a copy of PwC's 2007 Performance Coaching & Development Handbook ("PCD Handbook")); Exhibit B (a copy of selected pages setting forth Assurance Associates Capabilities/Skills At-a-Glance ("Capabilities/Skills-At-A-Glance")); Exhibit C (a copy of selected pages setting forth PwC's Relative Performance Category Ratings ("RPC Ratings")); Exhibit D (a copy of PwC's 2005 PCS Expectations document ); Exhibit E (a copy of PwC's 2008 NorCal Market Expectations Manual ("NorCal Expectations Manual")); and Exhibit F (a copy of a December 22, 2005 letter to Plaintiff Campbell containing salary information);

- Exhibit A attached to the Declaration of Amber Benson in support of PwC's Campbell MSJ and PwC's Class MSJ ("Benson Dec.") (a copy of PwC's 2008 SoCal/Phoenix Market Expectations ("SoCal/Phoenix Expectations Manual"));

- Declaration of Michael Moomaw in support of PwC's Class MSJ ("Moomaw Dec."), and Exhibits E through K attached thereto (data tables listing proprietary audit steps and information);

- Declaration of James Clous in support of PwC's Class MSJ ("Clous Dec."), and Exhibit A (excerpt from PwC's Master Data database), and Exhibit B (excerpt from PwC's Audit Guide) attached thereto;

- Exhibits 1 through 15 to the Declaration of Nancy Alvarez in Support of PwC's

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Class MSJ (copies of PwC associate Form Es); |
| 2 | • Exhibits 1-10 to the Declaration of Robert Mercado in Support of PwC's Class |
| 3 | MSJ (copies of PwC associate Form Es); |
| 4 | • Exhibit B to the Declaration of Michelle Parnell in Support of PwC's Class MSJ |
| 5 | (copies of PwC associate Form Es); |
| 6 | • Exhibit B to the Declaration of Melanie Rappa in Support of PwC's Class MSJ |
| 7 | (copies of PwC associate Form Es); |
| 8 | • Exhibits 1-7 to the Declaration of Carrie Schleicher in Support of PwC's Class |
| 9 | MSJ (copies of PwC associate Form Es); |
| 10 | • Exhibit B to the Declaration of Jennifer Ziegler in Support of PwC's Class MSJ |
| 11 | (copies of PwC associate Form Es); |
| 12 | • Declaration of Laura Anderson in Support of PwC's Class MSJ; |
| 13 | • Declaration of Birgett Borgett in Support of PwC's Class MSJ; |
| 14 | • Declaration of Annie Kurosaki in Support of PwC's Class MSJ. |

Dated: March 3, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com