| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
|   | lchermle@orrick.com |
| 2 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
|   | jliburt@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
|   | Telephone: 650-614-7400 |
| 5 | Facsimile: 650-614-7401 |

NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
DAVID A. PRAHL (STATE BAR NO. 233583)
dprahl@orrick.com
ANDREA L. BROWN (STATE BAR NO. 237629)
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
(erroneously sued as "PricewaterhouseCoopers, LLP")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP, <br><br>Plaintiff, <br><br>v. <br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive, <br><br>Defendant. | Case No. 06-CV-02376 LKK GGH <br><br>**ORDER GRANTING IN PART PRICEWATERHOUSECOOPERS LLP'S MOTION TO SEAL ITS MOTION TO DECERTIFY CLASS AND SUPPORTING DECLARATIONS AND EXHIBITS** <br><br>Date: N/A <br>Time: N/A <br>Courtroom: 4 <br>Judge: Hon. Lawrence K. Karlton |

OHS West:260612801.1

[PROPOSED] ORDER GRANTING PWC'S
MOTION TO SEAL
06-CV-02376 LKK GGH

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having considered Defendant PricewaterhouseCoopers LLP's ("PwC") Motion to Seal its Motion to Decertify Class and Supporting Declarations and Exhibits ("Motion to Seal"), the arguments of counsel, the pleadings and papers lodged and on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

Defendant PwC's Motion to Seal is GRANTED IN PART. The Clerk of the Court shall permanently seal the following documents:

- PwC's Memorandum of Points and Authorities in Support of PwC's Motion To Decertify Class ("PwC's Memorandum of Points And Authorities") at page 14, lines 18-28 (fn.39-45); page 15, lines 7-28; pages 16 to 19; and page 20, lines 22-28 (fn.78);
- Exhibit B to the **Declaration of Melanie Rappa** in support of PwC's Motion To Decertify Class ("Rappa Dec.");
- The following exhibits attached to the **Declaration of Norman C. Hile** in support of PwC's Motion To Decertify Class ("Hile Dec."):

Exhibit 1: Declaration of Carl Lee Overstreet in Support of PwC's Opposition to Plaintiffs' Motion for Class Certification.

Exhibit 2: Declaration of Jason Campbell in Support of Plaintiffs' Opposition to PWC's Motion for Summary Judgment.

Exhibit 3: Excerpted testimony, and exhibits 11, 12 and 15, from the Deposition of Jason Campbell taken on November 2, 2007.

Exhibit 4: Declaration of Sarah Sobek in Support of Plaintiffs' Opposition to PwC's Motion for Summary Judgment.

Exhibit 5: Excerpted testimony from the Deposition of Sarah Sobek taken on November 1, 2007.

Exhibit 6: Declaration of Class Member Joseph Soave in Support of Plaintiffs' Opposition to PwC's Motion for Summary Judgment.

Exhibit 7: Declaration of Ashlee Pierce in Support of Defendant PwC's Opposition to Plaintiff's Motion for Class Certification.

Exhibit 8: Declaration of Erica Gellerman in Support of Defendant PwC's Opposition to Plaintiffs' Motion for Class Certification.

Exhibit 9: Declaration of Birgitt Borgett in Support of PwC's Motion for Summary Judgment.

Exhibit 10: Declaration of Ryann Celine Lucas in Support of Defendant PwC's Opposition to Plaintiffs' Motion for Class Certification.

PDF created with pdfFactory trial version www.pdffactory.com

Exhibit 11: Declaration of Jennifer Nielsen in Support of PwC's Opposition to Plaintiffs' Motion for Class Certification.

Exhibit 12: Declaration of Jeffrey Mollenhauer in Support of Defendant PwC's Opposition to Plaintiffs' Motion for Class Certification.

Exhibit 13: Declaration of Benson Thomander in Support of Defendant PwC's Opposition to Plaintiffs' Motion for Class Certification.

Exhibit 14: Declaration of Rodney Dowell in Support of Defendant PwC's Opposition to Plaintiff's Motion for Class Certification.

Exhibit 15: Declaration of Annie Kurosaki in Support of PwC's Motion for Summary Judgment.

Exhibit 18: Declaration of Laura Anderson in Support of PwC's Motion for Summary Judgment.

Exhibit 19: Declaration of Michael Anderson in Support of PwC's Opposition to Plaintiffs' Motion for Class Certification.

Exhibit 20: Declaration of Mark Bates in Support of PwC's Motion For Class Certification.

Exhibit 21: Declaration of Thomas Erginsoy in Support of PwC's Opposition to Plaintiffs' Motion For Class Certification.

Exhibit 22: Declaration of Travis Salha in Support of PwC's Opposition to Plaintiffs' Motion For Class Certification.

Exhibit 23: Declaration of Michael McCarvel in Support of PwC's Opposition to Plaintiffs' Motion For Class Certification.

Exhibit 24: Declaration of Lindsey Piziali in Support of PwC's Opposition to Plaintiffs' Motion For Class Certification.

Exhibit 25: Declaration of Lambert Shiu in Support of PwC's Opposition to Plaintiffs' Motion For Class Certification.

Exhibit 26: Declaration of Timothy Vance in Support of PwC's Opposition to Plaintiffs' Motion For Class Certification.

Exhibit 27: Declaration of Steve White in Support of PwC's Opposition to Plaintiffs' Motion For Class Certification.

Exhibit 28: Exhibit B to the Declaration of Michelle Parnell in Support of PwC's Motion For Summary Judgment (Form E and related papers for Joseph Soave).

PDF created with pdfFactory trial version www.pdffactory.com

Exhibit 29: Examples of Differences in and Factors Affecting the Work Experiences of Class Members.

Dated: March 4, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com