1 | LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
2 | JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
3 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
4 | Menlo Park, CA 94025
Telephone: 650-614-7400
5 | Facsimile: 650-614-7401

6 | NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
7 | JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
8 | DAVID A. PRAHL (STATE BAR NO. 233583)
dprahl@orrick.com
9 | ANDREA L. BROWN (STATE BAR NO. 237629)
abrown@orrick.com
10 | ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
11 | Sacramento, CA 95814-4497
Telephone: 916-447-9200
12 | Facsimile: 916-329-4900

13 | Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP
14 | (erroneously sued as "PricewaterhouseCoopers, LLP")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 06-CV-02376 LKK GGH<br><br>**ORDER GRANTING PRICEWATERHOUSECOOPERS LLP'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON BREACH OF LEGAL DUTY**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

OHS West:260569641.1

[PROPOSED] ORDER GRANTING PWC'S MOT. TO SEAL PORTIONS OF PLAINTIFFS' REPLY TO DEF.S OPPOSITION TO PLAINTIFFS' MOTION FOR SJ ON BREACH OF LEGAL DUTY, CASE NO. 06-CV-02376 LKK GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  The Court, having considered Defendant PricewaterhouseCoopers LLP's ("PwC")
2  Motion to Seal Portions of Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for
3  Summary Judgment on Breach of Legal Duty, and its supporting papers, the arguments of
4  counsel, the pleadings and papers lodged and on file in this action, and good cause appearing, IT
5  IS HEREBY ORDERED that:

Defendant PwC's Motion to Seal is Granted. The Clerk of Court shall permanently seal the following documents:

- Plaintiffs' Reply to PwC's Opposition to Plaintiffs' Motion for Summary Judgment on Breach of Legal Duty ("Plaintiffs' Reply Brief"), at page 1, lines 5-12, 24-28 (fn. 1); page 5, lines 5-8, 19-24 (fn. 2) and 25-27 (fn. 3); page 3, lines 23-25; page four, lines 1-3, 5-7, 17 and 26-28; page 5, line 10; page 7, lines 1, 10-12, 16-18 and 22-27 (fn. 6); page 8, lines 27-28 (fn. 9); page 9, lines 14-16; page 10, lines 25-26; page 11, line 1; page 12, lines 25-27; page 13, lines 9-10; page 14, lines 18-20 and 22-24; and page 15, lines 28-28 (fn. 12);

- Plaintiffs' Objections to PwC's Response to Statement of Undisputed Material Facts in Support of Motion for Summary Judgment on Breach of Legal Duty ("Plaintiffs' Reply Re UFs"), at UFs 1-17.

- Plaintiffs' Response to PwC's Statement of Additional Material Facts Precluding Summary Judgment on Breach of Legal Duty ("Plaintiffs' Response to PwC's AFs"), at AFs 1-31.

- Plaintiffs' Response to PwC's Objections to Evidence Submitted in Support of Plaintiffs' Motion for Summary Judgment on Breach of Legal Duty (Plaintiffs' Response to PwC's Objections to Evidence"), at page 1, lines 19-20 and 24-25; page 2, lines 13-16 (fn.1); page 5, lines 8-10, 11-17 and 22-24; page 6, lines 15-20,

///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

22-25, and 27-28; page 7, lines 1-4, 8-14, 17-23 and 26-28 (fn. 3); page 10, lines 27-28; and page 11, line 1.

Dated: March 17, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

OHS West:260569641.1 - 2 -

[PROPOSED] ORDER GRANTING PWC'S MOT. TO SEAL PORTIONS OF PLAINTIFFS' REPLY TO DEF.S OPPOSITION TO PLAINTIFFS' MOTION FOR SJ ON BREACH OF LEGAL DUTY, CASE NO. 06-CV-02376 LKK GGH

PDF created with pdfFactory trial version www.pdffactory.com