UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

           Plaintiffs,

    v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

           Defendant.
_____/

NO. CIV. S-06-2376 LKK/GGH

**O R D E R**

Pending before the court are, inter alia, motions to decertify the plaintiff class and for summary judgment as to defendant's breach of legal various duties. Resolution of these motions is influenced by this court's order of March 11, 2009, holding that plaintiff class members are non-exempt employees. The court has certified this order for interlocutory appeal, and defendant has indicated an intent to file an appeal.

If the Ninth Circuit chooses to hear this appeal, that

1

decision may heavily impact the remainder of this case. Accordingly, the court continues the hearings on the above motions, as well as the hearing on plaintiff's motion for reconsideration of other aspects of the March 11 order, currently noticed for hearing on April 20, 2009. The court further vacates the dates set by the operative scheduling order. The parties are instructed to notify the court once the Ninth Circuit determines whether or not to hear defendant's appeal.

IT IS SO ORDERED.

DATED: March 26, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT