UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

        NO. CIV. S-06-2376 LKK/GGH

    Plaintiffs,

  v.

PRICEWATERHOUSE COOPERS, LLP,        O R D E R
a Limited Liability Partnership;,
and DOES 1-100, inclusive,
    Defendant.

/

On March 11, 2009, this court granted the plaintiff class's motion for summary adjudication as to the issue of class members' exemption from California wage and hour law. Campbell v. Pricewaterhousecoopers, LLP, 602 F. Supp. 2d 1163, 1166 (E.D. Cal. 2009). This court, acting sua sponte, certified that order for interlocutory appeal. Id. at 1186. The Ninth Circuit has granted defendant's petition for permission to appeal. Defendant has contacted the court to inquire whether a cost bond will be set for

1

1 the appeal.

2     Federal Rule of Appellate Procedure 7 provides in relevant part that, "[i]n a civil case, the district court may require an appellant to file a bond or provide other security in any form and amount necessary to ensure payment of costs on appeal." The federal rules do not provide explicit guidance as to when a bond should be posted. Here, plaintiffs have not requested such a bond. Additionally, the court has already determined that this case presents a close question such that an appeal is warranted. See Fleury v. Richemont North America, Inc., 2008 U.S. Dist. LEXIS 88166 (N.D. Cal. Oct. 21, 2008) (noting that, absent guidance from the Rules or the Ninth Circuit, other courts have imposed bonds when appeals are meritless). Accordingly, no bond is required.

    IT IS SO ORDERED.

    DATED: July 8, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT