UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

                                    NO. CIV. S-06-2376 LKK/GGH

        Plaintiffs,

    v.

PRICEWATERHOUSECOOPERS, LLP,                **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

        Defendant.
_____/

        The court recently reviewed the sealed documents and motions

to seal filed in this case. After conducting this review, the court

noticed that many motions have only been tentatively granted and

some were never ruled upon. The court also determined that many

documents were not properly filed after the court ruled on the

motions to seal. Specifically, some documents were filed under seal

even though the court never found that they should be sealed and

several sealed versions and redacted versions of the documents at

1

1  issue were never filed. Thus, the court issues the following order
2  to dispose of these issues.

3  **A.   Pending Motions to Seal**

4  Pending before the court are several motions by defendant
5  PricewaterhouseCoopers seeking to seal various documents filed in
6  this case. This order concerns four of these motions, Doc. Nos.
7  128, 142, 147, and 174. On January 11, 2008, the court issued an
8  order as to three of these four motions, Doc. Nos. 128, 142, and
9  147, tentatively granting defendant's requests to seal, "subject
10 to further order of the court as . . . appropriate." Doc. No. 153.
11 On March 7, 2008, the court issued an order tentatively granting
12 the fourth motion to seal discussed in the instant order, also
13 subject to further order of the court. Doc. No. 180.

14 After conducting a more thorough analysis, the court invites
15 the parties to provide reasons why the court should not vacate the
16 January 11, 2008 and March 7, 2008 orders and seal only the
17 following:

18 •   Doc. No. 82, PricewaterhouseCoopers LLP's Opposition To
19     Plaintiffs' Motion For Class Certification.
20 •   Doc. No. 134, Declaration of Carrie Allen in Support of
21     Defendant PricewaterhouseCoopers LLP's Opposition To
22     Plaintiffs' Motion For Class Certification.
23 •   Doc. No. 83, Declaration of Michael Anderson in Support of
24     Defendant PricewaterhouseCoopers LLP's Opposition To
25     Plaintiffs' Motion For Class Certification.
26 •   Doc. No. 87, Declaration of Margaret Barron in Support of

2

1   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To
2   Plaintiffs' Motion For Class Certification at page 1, lines
3   8-9; page 2, lines 27-28; page 3, lines 1-4, 18-28; pages 4-
4   6; and page 7, lines 1-21.
5   •   Doc. No. 131, Declaration of Mark Bates in Support of
6   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To
7   Plaintiffs' Motion For Class Certification.
8   •   Doc. No. 88, Declaration of Lindsay Beigle in Support of
9   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To
10   Plaintiffs' Motion For Class Certification.
11   •   Doc. No. 89, Declaration of Tracy Butler in Support of
12   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To
13   Plaintiffs' Motion For Class Certification.
14   •   Doc. No. 85, Declaration of Michael Corey in Support of
15   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To
16   Plaintiffs' Motion For Class Certification.
17   •   Doc. No. 129, Declaration of Jesse Dang in Support of
18   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To
19   Plaintiffs' Motion For Class Certification.
20   •   Doc. No. 91, Declaration of Maile Dexheimer in Support of
21   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To
22   Plaintiffs' Motion For Class Certification.
23   •   Doc. No. 90, Declaration of Sandeep Dhillon in Support of
24   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To
25   Plaintiffs' Motion For Class Certification.
26   •   Doc. No. 93, Declaration of Brian Donahue in Support of

1    Defendant   PricewaterhouseCoopers   LLP's   Opposition   To

2    Plaintiffs' Motion For Class Certification.

3 •   Doc. No. 92, Declaration of Rodney Dowell in Support of

4    Defendant   PricewaterhouseCoopers   LLP's   Opposition   To

5    Plaintiffs' Motion For Class Certification.

6 •   Doc. No. 97, Declaration of Thomas Erginsoy in Support of

7    Defendant   PricewaterhouseCoopers   LLP's   Opposition   To

8    Plaintiffs' Motion For Class Certification.

9 •   Doc. No. 94, Declaration of Andrea Evans in Support of

10   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To

11   Plaintiffs' Motion For Class Certification.

12 •  Doc. No. 95, Declaration of Erica Gellerman in Support of

13   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To

14   Plaintiffs' Motion For Class Certification.

15 •  Doc. No. 96, Declaration of Daniel Goepp in Support of

16   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To

17   Plaintiffs' Motion For Class Certification.

18 •  Doc. No. 98, Declaration of Joseph Gomez in Support of

19   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To

20   Plaintiffs' Motion For Class Certification.

21 •  Doc. No. 130, Declaration of Joseph Hillsted[1] in Support of

22   Defendant   PricewaterhouseCoopers   LLP's   Opposition   To

23   Plaintiffs' Motion For Class Certification.

24 _____

25   [1] The court assumes that the declaration of Joseph Hillsted
is the same declaration defendant refers to as the "Declaration of
Joe Hilstead in Support of Defendant PricewaterhouseCoopers LLP's
26 Opposition To Plaintiffs' Motion For Class Certification."

1    •     Doc. No. 99, Declaration of Brian Hunt in Support of
2         Defendant PricewaterhouseCoopers LLP's Opposition To
3         Plaintiffs' Motion For Class Certification.
4    •     Doc. No. 101, Declaration of Samantha Keh in Support of
5         Defendant PricewaterhouseCoopers LLP's Opposition To
6         Plaintiffs' Motion For Class Certification.
7    •     Doc. No. 100, Declaration of Paul Klopping in Support of
8         Defendant PricewaterhouseCoopers LLP's Opposition To
9         Plaintiffs' Motion For Class Certification.
10   •     Doc. No. 103, Declaration of Blair Krebs in Support of
11        Defendant PricewaterhouseCoopers LLP's Opposition To
12        Plaintiffs' Motion For Class Certification.
13   •     Doc. No. 102, Declaration of Jason Ashley Krein in Support of
14        Defendant PricewaterhouseCoopers LLP's Opposition To
15        Plaintiffs' Motion For Class Certification.
16   •     Doc. No. 125, Declaration of Angela Lam in Support of
17        Defendant PricewaterhouseCoopers LLP's Opposition To
18        Plaintiffs' Motion For Class Certification.
19   •     Doc. No. 104, Declaration of Keith Larson in Support of
20        Defendant PricewaterhouseCoopers LLP's Opposition To
21        Plaintiffs' Motion For Class Certification.
22   •     Doc. No. 126, Declaration of Ryann Celine Lucas in Support of
23        Defendant PricewaterhouseCoopers LLP's Opposition To
24        Plaintiffs' Motion For Class Certification.
25
26

1  • Doc. No. 124, Declaration of Irina Majstrovain[2] in Support of

2     Defendant    PricewaterhouseCoopers    LLP's    Opposition    To

3     Plaintiffs' Motion For Class Certification.

4  • Doc. No. 108, Declaration of Dana S. Matsuno in Support of

5     Defendant    PricewaterhouseCoopers    LLP's    Opposition    To

6     Plaintiffs' Motion For Class Certification.

7  • Doc. No. 109, Declaration of Michael McCarvel in Support of

8     Defendant    PricewaterhouseCoopers    LLP's    Opposition    To

9     Plaintiffs' Motion For Class Certification.

10  • Doc. No. 110, Declaration of Denise McCurry in Support of

11     Defendant    PricewaterhouseCoopers    LLP's    Opposition    To

12     Plaintiffs' Motion For Class Certification.

13  • Doc. No. 111, Declaration of Clair Menzies in Support of

14     Defendant    PricewaterhouseCoopers    LLP's    Opposition    To

15     Plaintiffs' Motion For Class Certification.

16  • Doc. No. 112, Declaration of Curt Moldenhauer in Support of

17     Defendant    PricewaterhouseCoopers    LLP's    Opposition    To

18     Plaintiffs' Motion For Class Certification.

19  • Doc. No. 133, Declaration of Jeffrey Mollenhauer in Support

20     of Defendant PricewaterhouseCoopers LLP's Opposition To

21     Plaintiffs' Motion For Class Certification.

22  • Doc. No. 113, Declaration of Jennifer Nielsen in Support of

23     Defendant    PricewaterhouseCoopers    LLP's    Opposition    To

24  _____

25     [2] The court assumes that the declaration of Irina Majstrovain
    is the same declaration defendant refers to as the "Declaration of
    Irina Majstrova in Support of Defendant PricewaterhouseCoopers
26  LLP's Opposition To Plaintiffs' Motion For Class Certification."

Plaintiffs' Motion For Class Certification.

- Doc. No. 84, Declaration of Carl Lee Overstreet[3] in Support of Defendant PricewaterhouseCoopers LLP's Opposition To Plaintiffs' Motion For Class Certification at 1, lines 13-18; pages 2-11; page 12, lines 1-14; page 13, lines 6-15; page 15, lines 9-10.

- Doc. No. 114, Declaration of Ashlee Pierce in Support of Defendant PricewaterhouseCoopers LLP's Opposition To Plaintiffs' Motion For Class Certification.

- Doc. No. 132, Declaration of Lindsey Piziali in Support of Defendant PricewaterhouseCoopers LLP's Opposition To Plaintiffs' Motion For Class Certification.

- Doc. No. 115, Declaration of James Bennett Richter in Support of Defendant PricewaterhouseCoopers LLP's Opposition To Plaintiffs' Motion For Class Certification.

- Doc. No. 116, Declaration of Travis Salha in Support of Defendant PricewaterhouseCoopers LLP's Opposition To Plaintiffs' Motion For Class Certification.

- Doc. No. 117, Declaration of Lambert Shiu in Support of Defendant PricewaterhouseCoopers LLP's Opposition To Plaintiffs' Motion For Class Certification.

- Doc. No. 118, Declaration of Jack Slade in Support of

---

[3] The court assumes that the declaration of Carl Lee Overstreet is the same declaration defendant refers to as the "Declaration of Curtis Lee Overstreet in Support of Defendant PricewaterhouseCoopers LLP's Opposition To Plaintiffs' Motion For Class Certification."

1   Defendant PricewaterhouseCoopers LLP's Opposition To
2   Plaintiffs' Motion For Class Certification.
3   •   Doc. No. 86, Declaration of Nipun Soni in Support of
4   Defendant PricewaterhouseCoopers LLP's Opposition To
5   Plaintiffs' Motion For Class Certification.
6   •   Doc. No. 119, Declaration of Benson Thomander in Support of
7   Defendant PricewaterhouseCoopers LLP's Opposition To
8   Plaintiffs' Motion For Class Certification.
9   •   Doc. No. 120, Declaration of John Toriello in Support of
10   Defendant PricewaterhouseCoopers LLP's Opposition To
11   Plaintiffs' Motion For Class Certification.
12   •   Doc. No. 122, Declaration of Jennifer Tsai in Support of
13   Defendant PricewaterhouseCoopers LLP's Opposition To
14   Plaintiffs' Motion For Class Certification.
15   •   Doc. No. 121, Declaration of Timothy Vance in Support of
16   Defendant PricewaterhouseCoopers LLP's Opposition To
17   Plaintiffs' Motion For Class Certification.
18   •   Doc. No. 123, Declaration of Steve White in Support of
19   Defendant PricewaterhouseCoopers LLP's Opposition To
20   Plaintiffs' Motion For Class Certification.
21   •   Doc. No. 105, Declaration of Jacquie Wilson in Support of
22   Defendant PricewaterhouseCoopers LLP's Opposition To
23   Plaintiffs' Motion For Class Certification.
24   •   Doc. No. 106, Declaration of Jennifer Windmueller in Support
25   of Defendant PricewaterhouseCoopers LLP's Opposition To
26   Plaintiffs' Motion For Class Certification.

8

1  •  Doc. No. 107, Declaration of Gavin Wolfe[4] in Support of
2     Defendant PricewaterhouseCoopers LLP's Opposition To
3     Plaintiffs' Motion For Class Certification.
4  •  Doc. No. 76, Exhibit 38 ("Capabilities/Skills At-a-
5     Glance/Expectations") to the Declaration of Victoria R.
6     Carradero in Support of Defendant's Motion For Class
7     Certification.
8  •  Doc. No. 76-6, Exhibit 44 ("Performance Coaching &
9     Development Responsibility Framework") to the Declaration of
10    Victoria R. Carradero in Support of Defendant's Motion For
11    Class Certification.
12 •  Doc. No. 76-7, Exhibit 45 (The Declaration of Michael G.
13    Ueltzen) to the Declaration of Victoria R. Carradero in
14    Support of Defendant's Motion For Class Certification at page
15    10, lines 23-28 and page 11, lines 1-12.
16 •  Doc. No. 78, Exhibit 54 (Draft of the Declaration of Michael
17    G. Ueltzen) to the Declaration of Victoria R. Carradero in
18    Support of Defendant's Motion For Class Certification at page
19    10 starting with the paragraph following(f) and ending after
20    the first paragraph on page 11.
21 •  Doc. No. 150, Exhibit A (PricewaterhouseCoopers LLP's
22    Corrected Opposition to Plaintiff's Motion for Class
23    Certification) to Errata Re: PricewaterhouseCoopers LLP's

24    _____

25    [4] The court assumes that the declaration of Gavin Wolf is the
      same declaration defendant refers to as the "Declaration of Gavin
      C. Wolfe in Support of Defendant PricewaterhouseCoopers LLP's
26    Opposition To Plaintiffs' Motion For Class Certification."

1    Opposition to Plaintiff's Motion for Class Certification.

2  •  Doc. No. 161, Plaintiff's Reply to Defendant's Opposition to

3     Motion for Class Certification at page 12, footnote 13; page

4     14, lines 9-21, footnote 17; page 15, lines 12-17, 22-23;

5     page 16, lines 1-2, 20-24, footnote 20; page 17, lines 1-4,

6     footnotes 20 (continued from page 16) and 21; page 18, lines

7     8-18, footnotes 22-25.

8  •  Doc. No. 162, Declaration of Stuart C. Talley in Support of

9     Plaintiff's Reply to Defendant's Opposition to Motion for

10    Class Certification at Exhibit 1, copies of pages of the

11    deposition of Ashlee Pierce at pages 18-27, 30-31, 49-51, 68-

12    69, 91-93, 95, 111-114, and 140-144; Exhibit 2, copies of

13    pages of the deposition of Jennifer Windmueller at pages 35-

14    37, 40, 63-64, 104, 125-126, and 151; Exhibit 3, copies of

15    pages of the deposition of Brian Hunt at pages 63-67; Exhibit

16    4, copies of pages of the deposition of Thomas Erginsoy at

17    pages 86-91, 115-116, 152, 155-157, and 175-177; Exhibit 5,

18    copies of pages of the deposition of Lindsay Beigle at pages

19    68 and 84; Exhibit 6 in its entirety; and Exhibit 7 in its

20    entirety.

21 **B.   Documents Missing from the Docket**

22      **1.   Sealed Document Missing**

23    The court ordered the following documents permanently sealed

24 in their entirety, but there is no sealed version on the docket.

25 The court orders the party who filed the following documents to

26 file a sealed version of each documents in the manner described

1  below:

2  •    PWC's Objection to Plaintiffs' Evidence submitted in support

3       of Plaintiffs' Motion for Summary Judgment on the Affirmative

4       Defense of Exemption (Ordered Sealed on 3/5/09 - Doc. No.

5       383).

6  •    PWC's Statement of Additional Facts Precluding MSJ on the

7       Affirmative Defense of Exemption (Ordered Sealed on 3/5/09 -

8       Doc. No. 383).

9  •    PWC's Response to Plaintiff's Statement of Undisputed Facts

10      in Support of Motion for Summary Judgment on Affirmative

11      Defense of Exemption (Ordered Sealed on 3/5/09 - Doc. No.

12      383).

13 •    Declaration of Birgett Borgett in Support of PWC's Class

14      Motion for Summary Judgment (Ordered Sealed on 3/4/09 - Doc.

15      No. 380).

16 •    Declaration of Annie Kurosaki in Support of PWC's Class

17      Motion for Summary Judgment (Ordered Sealed on 3/4/09 - Doc.

18      No. 380).

19 •    PWC's Objection to Evidence Submitted in Support of

20      Plaintiff's Opposition to PWC's Motion for Summary Judgment

21      (Ordered Sealed on 3/5/09 - Doc. No. 382).

22 •    PWC's Reply to Plaintiff's Response to PWC's Statement of

23      Undisputed Facts in Support of Motion for Summary Judgment

24      (Ordered Sealed on 3/5/09 - Doc. No. 382).

25           **2.   Sealed and Redacted Document Missing**

26      The court ordered the following document sealed in part. No

11

sealed version or redacted version appears on the docket. Thus, the party who filed the following document must file a sealed and a redacted version of the document in the manner described below:

- Declaration of Julie Totten in Support of PWC's Opposition to Plaintiff's Motion for Summary Judgment (Ordered Sealed on (3/5/09 - Doc. No. 383).

### 3.  Redacted Document Missing

The court ordered the following documents permanently sealed in part, however, no redacted versionsof the documents are filed on the docket. The court orders the party who filed the following documents to file a redacted version of each document in the manner described below:

- Plaintiff's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment on Affirmative Defense of Exemption (Ordered Sealed on 10/17/08 - Doc. No. 252).
- Plaintiff's Motion for Summary Judgment on Affirmative Defense of Exemption (Ordered Sealed on 10/17/08 - Doc. No. 252).
- Declaration of William Kershaw in Support of Plaintiffs' Motion for Summary Judgment on the Affirmative Defense of Exemption (Ordered Sealed on 10/17/08 - Doc. No. 252).
- Declaration of Norman C. Hile in Support of PWC's Opposition to Plaintiff's Motion for Summary Judgment on Breach of Legal Duty (Doc. No. 468-6; Ordered Sealed on 6/4/09 - Doc. No. 443).
- PWC's Statement of Additional Facts Precluding Motion for

12

Summary Judgment on Breach of Legal Duty (Doc. No. 468-5; Ordered Sealed on 6/4/09 - Doc. No. 443).

• PWC's Objections to Plaintiffs' Evidence Submitted in Support Of Motion for Summary Judgment on Breach of Legal Duty (Doc. No. 468-3; Ordered Sealed on 6/4/09 - Doc. No. 443).

• Declaration of William Kershaw in Support of Plaintiffs' Motion for Summary Judgment on Breach of Legal Duty (Doc. No. 274; Ordered Sealed on 6/4/09 - Doc. No. 443).

• Plaintiff's Motion for Summary Judgment on Breach of Legal Duty (Doc No. 272; Ordered Sealed on 6/4/09 - Doc. No. 443).

• PWC's reponse to Plaintiffs' Statement of Undisputed Material Facts in Support of Motion for Summary Judgment on Breach of Legal Duty (Doc. No. 468-4; Ordered Sealed on 6/4/09 - Doc. No. 443).

• Plaintiffs' Response to PWC's Objections to Evidence Submitted in Support of Plaintiffs' Motion for Summary Judgment on Affirmative Defense of Exemption (Doc. No. 290; Ordered Sealed on 6/4/09 - Doc. No. 445).

• Plaintiffs' Reply to PWC's Opposition to Motion for Summary Judgment on Affirmative Defense of Exemption (Doc. No. 291; Ordered Sealed on 6/4/09 - Doc. No. 445).

**4.   Sealed Document Missing, Redacted Version Filed**

The court ordered the following documents permanently sealed in part. There is a redacted version of these documents on the docket, but there are no sealed versions. The court orders the party who filed the following documents to file a sealed version

13

of each document in the manner described below.

• PWC's Opposition to Plaintiff's Motion for Summary Judgment on the Affirmative Defense of Exemption (Ordered Sealed on 3/5/09 - Doc. No. 383).

• Declaration of Amber Benson in Support of PWC's Motion for Summary Judgment (Ordered Sealed on 3/4/09 - Doc. No. 380).

• Declaration of James Clous in Support of PWC's Motion for Summary Judgment (Ordered Sealed on 3/4/09 - Doc. No. 380).

• Declaration of Robert Mercado in Support of PWC's Motion for Summary Judgment (Ordered Sealed on 3/4/09 - Doc. No. 380).

• Declaration of Michael Moomaw in Support of PWC's Motion for Summary Judgment (Ordered Sealed on 3/4/09 - Doc. No. 380).

• Declaration of Melania Rappa in Support of PWC's Motion for Summary Judgment (Ordered Sealed on 3/4/09 - Doc. No. 380).\

• Declaration of Carrie Schleicher in Support of PWC's Motion for Summary Judgment (Ordered Sealed on 3/4/09 - Doc. No. 380).

**C.   Documents Filed Under Seal Without Court Order**

Several documents were filed under seal without a motion to seal and any court order sealing them. As such, the court orders that these documents shall be unsealed unless a party moves to seal them within fourteen (14) days of the issuance of this order. Upon the court's receipt of such motion, if any, the court will determine whether sealing is appropriate. The relevant documents are the following:

• Declaration of Dr. Jon A. Krosnick in Support of Plaintiffs'

14

1    Opposition to PriceWaterhouseCoopers' Motions for Summary

2    Judgment (Filed on 11/20/08).

3  •  Plaintiffs' Motion to Exclude Testimony of Donna Dell Filed

4    in Support of PriceWaterhouseCoopers LLP's Motions for

5    Summary Judgment (Filed on 11/20/08).

6  •  Plaintiffs' Motion to Exclude Testimony of Michael Moomaw,

7    Ph.D. Filed in Support of PriceWaterhouseCoopers LLP's

8    Motions for Summary Judgment (Filed 11/20/08).

9    **D.   CONCLUSION**

10   The court ORDERS the following:

11   (1)  With respect to the pending motions to seal (Section

12        A.), the parties MAY, within fourteen (14) days of the

13        issuance of this order, file in writing an explanation

14        as to why the court should deviate from the above

15        proposal to vacate the orders of January 11, 2008, Doc.

16        No. 153, and March 7, 2008, Doc. No. 180; grant in part

17        defendant PricewaterhouseCoopers LLP's Motion to Seal

18        Documents filed on December 10, 2007, Doc. No. 128

19        (amending Doc. Nos. 62 & 63) and Defendant's Ex Parte

20        Motion to Seal Select Exhibits to the Declaration of

21        Victoria R. Carradero in Support of Defendant's Motion

22        for Class Certification; Objections to Evidence and

23        Motion to Strike Evidence filed on December 13, 2007,

24        Doc. No. 142; and grant in full defendant

25        PricewaterhouseCooper LLP's Ex Parte Motion to Seal Its

26        Corrected Opposition to Plaintiff's Motion for Class

1          Certification filed on December 27, 2007, Doc. No. 147.

2     (2)  With respect to the missing documents, the party who

3          filed each document shall file the missing document

4          within fourteen (14) days of the issuance of this order

5          as described below:

6          Mail two compact discs ("CDs") to the Clerk of Court.

7          The first CD should be labeled "Sealed Filings," and

8          include complete PDF versions of all sealed documents

9          identified in this order. The second CD should be

10         labeled "Redacted Filings," and include redacted PDF

11         versions of all sealed documents identified in this

12         order. With each CD, the parties shall enclose a letter

13         listing all the documents on each CD. This list shall

14         include a short title for the document, the file name

15         for the document, as saved on the CD, and the date upon

16         which the document was initially filed. The CDs and the

17         letters shall also include the case number and party

18         name. Please direct any questions concerning the filing

19         of the sealed documents to Ana Rivas, Courtroom Deputy,

20         at (916) 930-4133.

21    (3)  The documents listed in Section C shall be unsealed

22         absent the filing of a motion to seal within fourteen

23         (14) days of the issuance of this order. If such a

24         motion is filed, the court will then determine whether

25         these documents should be sealed.

26    (4)  The court invites the parties to inform the court if any

16

1        of its findings concerning the missing documents were in

2        error. Such notices must be filed within seven (7) days

3        of the issuance of this order.

4    IT IS SO ORDERED.

5    DATED:  December 13, 2010.

6

7

8                              LAWRENCE K. KARLTON

9                              SENIOR JUDGE

10                             UNITED STATES DISTRICT COURT