UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

        NO. CIV. S-06-2376 LKK/GGH

    Plaintiffs,

  v.

PRICEWATERHOUSE COOPERS, LLP,        **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,
    Defendant.
_____/

    On June 15, 2011, the Ninth Circuit determined that this court "erred in granting partial summary judgment to Plaintiffs," and determined that Defendants have viable exemption defenses which, "must be resolved at trial." Campbell v. PricewaterhouseCoopers, LLP, 642 F.3d 820, 833 (9th Cir. 2011). On August 5, 2011, the court received the formal mandate of the decision.

    For the foregoing reasons, the court sets a status conference in the above captioned case for September 19, 2011 at 3:00 p.m. The

1

1 parties shall file status reports fourteen (14) days prior to the
2 status conference.
3      IT IS SO ORDERED.
4      DATED:  August 8, 2011.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```