UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

          NO. CIV. S-06-2376 LKK/GGH

   Plaintiffs,

  v.

PRICEWATERHOUSECOOPERS, LLP,    **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

   Defendant.
_____/

  Pending before the court is a motion to re-open discovery in this case, following remand from the Ninth Circuit. The motion resulted in extended discussion concerning matters relating to class certification, but essentially irrelevant to the instant motion.

  The court's deadline for completing non-expert discovery in this case was February 20, 2009. ECF No. 254. In March 2009 this court granted summary judgment to plaintiffs on the question of

1

1  whether class members were exempt from overtime pay under the 2001
2  Wage Order issued by California's Industrial Welfare Commission.
3  The court certified the issue for interlocutory appeal and stayed
4  all proceedings in the case, including a motion by defendant to
5  decertify the class. ECF No. 425. On June 15, 2011, the Ninth
6  Circuit reversed this court's March 2009 summary judgment order.
7  <u>Campbell v. PricewaterhouseCoopers, LLP</u>, 642 F.3d 820 (9th Cir.
8  2011). Defendant has indicated that it intends to file a new motion
9  to decertify the class. Defendant now seek to re-open discovery in
10 light of the Ninth Circuit decision and the intervening Supreme
11 Court opinion concerning class certification in <u>Walmart Stores
12 Inc., v. Dukes</u>, 131 S.Ct. 2541 (2011).

13      By an order of this court, discovery was to be completed by
14 February 20, 2009. The court finds that cases decided subsequent
15 to that date have not altered the issues faced by the parties in
16 this case. The factual issues relevant to this case subsequent to
17 <u>Campbell</u> and <u>Walmart</u> were relevant before those opinions were
18 issued. The court notes that it must defend its own rules,
19 including the deadlines set in this case.

20      Accordingly, the court ORDERS as follows:
21          [1] Defendant's motion to re-open discovery, ECF No.
22          494, is DENIED.
23          [2] Defendant SHALL file a new motion to decertify the
24          class no later than February 17, 2012.
25          [3] Plaintiffs SHALL file an opposition to the
26          decertification motion no later than March 2, 2012.

[4] Defendant SHALL file a reply, if any, no later than March 12, 2012.

[5] A hearing on the decertification motion is specially SET for March 23, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: December 12, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3