UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

                      NO. CIV. S-06-2376 LKK/GGH

       Plaintiffs,

  v.

PRICEWATERHOUSECOOPERS, LLP,           **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

       Defendant.
_____/

    Plaintiffs have filed a "Notice of Motion for Protective Order," pursuant to E.D. Cal. R. ("Local Rule") 251, applicable to discovery motions. However, plaintiffs have not filed the "Joint Statement re Discovery Disagreement" or affidavit required by that rule.[1] Accordingly, the December 19, 2011 hearing on the motion (Dkt. No. 500) is **VACATED** without prejudice.

---

[1] The court also notes that discovery is closed.

1

1   If plaintiffs wish to re-notice the motion, they may do so,
2   but they must comply with Local Rule 230, applicable to motions on
3   the court's civil law and motion calendar.
4   IT IS SO ORDERED.
5   DATED: December 15, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2