1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

JASON CAMPBELL and
10 SARAH SOBEK, individually,
and on behalf of all other
11 similarly situated current
and former employees of
12 PricewaterhouseCoopers, LLP,,
                                      NO. CIV. S-06-2376 LKK/GGH
13
        Plaintiffs,
14
     v.
15
PRICEWATERHOUSECOOPERS, LLP,              **O R D E R**
16 a Limited Liability Partnership;,
and DOES 1-100, inclusive,
17
        Defendant.
18 _____/

19      Plaintiffs have filed a "Notice of Motion for Protective

20 Order," pursuant to E.D. Cal. R. ("Local Rule") 251, applicable to

21 discovery motions.  However, plaintiffs have not filed the "Joint

22 Statement re Discovery Disagreement" or affidavit required by that

23 rule.[1]  Accordingly, the December 19, 2011 hearing on the motion

24 (Dkt. No. 500) is **VACATED** without prejudice.

25 _____

26      [1] The court also notes that discovery is closed.

                              1

1    If plaintiffs wish to re-notice the motion, they may do so,

2    but they must comply with Local Rule 230, applicable to motions on

3    the court's civil law and motion calendar.

4    IT IS SO ORDERED.

5    DATED:  December 15, 2011.

6

7

8                         _____

9                         LAWRENCE K. KARLTON
                          SENIOR JUDGE
10                        UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26