UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

               Plaintiffs,

    v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

               Defendant.

NO. CIV. S-06-2376 LKK/GGH

**O R D E R**

Plaintiffs' Motion for Protective Order, currently noticed for January 17, 2012, is **CONTINUED** to February 13, 2012 at 10:00 a.m.[1]

////

---

[1] The parties' joint briefs ("Joint Statement re Discovery Dispute") were filed on January 10, 2012.  In accordance with the court's Order of December 15, 2011 (Dkt. No. 506), this motion should therefore have been noticed for February 13, 2012.  See E.D. Cal. R. 230(b).

1

1   IT IS SO ORDERED.

2   DATED:  January 13, 2012.

3

4

5   _____
    LAWRENCE K. KARLTON
6   SENIOR JUDGE
    UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26