UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
Pricewaterhouse Coopers, LLP,,
                                    NO. CIV. S-06-2376 LKK/GGH
        Plaintiffs,

    v.

PRICEWATERHOUSE COOPERS, LLP,               O R D E R
a Limited Liability Partnership;,
and DOES 1-100, inclusive,
        Defendant.
                                    /
```

Due to court congestion, plaintiffs' Motion for Protective Order, currently scheduled for hearing on February 13, 2012, is **CONTINUED** to February 27, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED:  February 7, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1