UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
Pricewaterhouse Coopers, LLP,,

        NO. CIV. S-06-2376 LKK/GGH

        Plaintiffs,

   v.

PRICEWATERHOUSE COOPERS, LLP,        **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,
       Defendant.
_____/

Due to court congestion, plaintiffs' Motion for Protective

Order, currently scheduled for hearing on February 13, 2012, is

**CONTINUED** to February 27, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED:  February 7, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1