| | |
|---|---|
| 1  William A. Kershaw, SBN 057486<br>   Lyle W. Cook, SBN 148914<br>2  Stuart C. Talley, SBN 180374<br>   KERSHAW, CUTTER & RATINOFF, LLP<br>3  401 Watt Avenue<br>   Sacramento, CA  95864<br>4  Telephone: 916-448-9800<br>   Facsimile: 916-669-4499<br>5<br>   *Attorneys for Plaintiffs*<br>6 | DANIEL J. THOMASCH<br>(Admitted *Pro Hac Vice*)<br>dthomasch@gibsondunn.com<br>LAUREN J. ELLIOT<br> (Admitted *Pro HacVice*)<br>lelliot@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York  10166-0193<br>Telephone:    (212) 351-4000<br>Facsimile:    (212) 351-4035 |
| 7  NORMAN C. HILE, SBN 57299<br>   nhile@orrick.com<br>8  JULIE A. TOTTEN, SBN166470<br>   jatotten@orrick.com<br>9  DAVID A. PRAHL, SBN 233583<br>   dprahl@orrick.com<br>10 ORRICK, HERRINGTON & SUTCLIFFE LLP<br>   400 Capitol Mall, Suite 3000<br>11 Sacramento, California  95814-4497<br>   Telephone:    (916) 447-9200<br>12 Facsimile:     (916) 329-4900<br>13 *Attorneys for Defendant*<br>   PRICEWATERHOUSECOOPERS LLP | JULIAN W. POON, SBN 219843<br>jpoon@gibsondunn.com<br>ALEXANDER K. MIRCHEFF, SBN 245074<br>amircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Telephone:    (213) 229-7000<br>Facsimile:    (213) 229-7520<br><br>MICHELE L. MARYOTT, SBN 191993<br>mmaryott@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, California 92612-4412<br>Telephone:    (949) 451-3800<br>Facsimile:    (949) 451-4220<br><br>*Attorneys for Defendant*<br>PRICEWATERHOUSECOOPERS LLP |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>        Defendant. | Case No. 06-CV-02376 LKK GGH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

Plaintiffs JASON CAMPBELL and SARAH SOBEK, individually and on behalf of the previously certified class of unlicensed California Attest Associates, and Defendant PricewaterhouseCoopers LLP ("PwC"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, a hearing on Plaintiffs' Motion for Protective Order was originally scheduled for January 17, 2012 and subsequently scheduled for February 13, 2012;

WHEREAS, the Court subsequently continued the hearing on Plaintiffs' Motion for Protective Order from February 13, 2012 to February 27, 2012 at 10:00 a.m.;

WHEREAS, PwC's counsel is scheduled to commence trial in the Eastern District of Virginia on February 27, 2012 and, thus, is not available for the hearing on Plaintiffs' Motion for Protective Order on that date.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and PwC that the Hearing on Plaintiffs' Motion for Protective Order be continued from February 27, 2012 to March 12, 2012 at 10:00 a.m.

Dated: February 16, 2012

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE MARYOTT
JULIAN POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
DAVID A. PRAHL
ANDREA L. BROWN
Orrick, Herrington & Sutcliffe LLP


By:  /s/Daniel J. Thomasch
DANIEL J. THOMASCH
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

| | |
|---|---|
| Dated: February 16, 2012 | KERSHAW, CUTTER & RATINOFF, LLP |
| | |
| | By: /s/William A. Kershaw |
| | WILLIAM A. KERSHAW |
| | Attorneys for Plaintiffs |

**IT IS SO ORDERED.**

Dated: February 21, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT