William A. Kershaw, SBN 057486
Lyle W. Cook, SBN 148914
Stuart C. Talley, SBN 180374
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA  95864
Telephone:  916-448-9800
Facsimile: 916-669-4499

*Attorneys for Plaintiffs*

NORMAN C. HILE, SBN 57299
nhile@orrick.com
JULIE A. TOTTEN, SBN166470
jatotten@orrick.com
DAVID A. PRAHL, SBN 233583
dprahl@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:     (916) 447-9200
Facsimile:     (916) 329-4900

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

DANIEL J. THOMASCH
(Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
LAUREN J. ELLIOT
 (Admitted *Pro HacVice*)
lelliot@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

JULIAN W. POON, SBN 219843
jpoon@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:     (213) 229-7000
Facsimile:     (213) 229-7520

MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone:     (949) 451-3800
Facsimile:     (949) 451-4220

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL, et al., | Case No. 06-CV-02376 LKK GGH |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |
| v. | |
| PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive, | |
| Defendant. | |

1    Plaintiffs JASON CAMPBELL and SARAH SOBEK, individually and on behalf of the
2 previously certified class of unlicensed California Attest Associates, and Defendant
3 PricewaterhouseCoopers LLP ("PwC"), through their respective attorneys of record, hereby
4 stipulate as follows:
5    WHEREAS, a hearing on Plaintiffs' Motion for Protective Order was originally scheduled
6 for January 17, 2012 and subsequently scheduled for February 13, 2012;
7    WHEREAS, the Court subsequently continued the hearing on Plaintiffs' Motion for
8 Protective Order from February 13, 2012 to February 27, 2012 at 10:00 a.m.;
9    WHEREAS, PwC's counsel is scheduled to commence trial in the Eastern District of
10 Virginia on February 27, 2012 and, thus, is not available for the hearing on Plaintiffs' Motion for
11 Protective Order on that date.
12    ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between
13 Plaintiffs and PwC that the Hearing on Plaintiffs' Motion for Protective Order be continued from
14 February 27, 2012 to March 12, 2012 at 10:00 a.m.

Dated: February 16, 2012

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE MARYOTT
JULIAN POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
DAVID A. PRAHL
ANDREA L. BROWN
Orrick, Herrington & Sutcliffe LLP


By: /s/Daniel J. Thomasch
DANIEL J. THOMASCH
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

- 1 -

STIPULATION AND ORDER TO CONTINUE HEARING DATE ON
PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
06-CV-02376 LKK GGH

1  Dated: February 16, 2012                                KERSHAW, CUTTER & RATINOFF, LLP

    By: /s/William A. Kershaw
    WILLIAM A. KERSHAW
    Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:   February 21, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT