UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

NO. CIV. S-06-2376 LKK/GGH

    Plaintiffs,

  v.

PRICEWATERHOUSECOOPERS, LLP,       **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

    Defendant.
_____/

    Plaintiff seeks a protective order "to prevent counsel for defendant PricewaterhouseCoopers LLP ('PwC') or their surrogates from contacting members of the certified class about the subject matter of this litigation." At the hearing on this matter, plaintiffs' counsel advised the court that he was in possession of declarations from his clients that would throw light upon this matter, and that there were declarations filed in <u>Kress v. PricewaterhouseCoopers LLP</u>, Civ. S-8-965, that would be similarly

1

1 enlightening.

2     Plaintiff shall file any additional declarations it wishes to
3 bring to the court's attention no later than 14 days from the date
4 of this order, together with any explanation of plaintiffs' views
5 of these declarations.[1]  Plaintiffs' explanation shall not exceed
6 10 pages.

7     Defendant shall have 14 days from the filing of plaintiffs'
8 additional declarations to advise the court of its position
9 regarding those declarations.  Defendant's filing shall not exceed
10 10 pages.

11     IT IS SO ORDERED.

12     DATED:  March 12, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] If the declaration is currently filed in <u>Kress</u>, plaintiffs shall file it in this case.

2