UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

                                             NO. CIV. S-06-2376 LKK/GGH

        Plaintiffs,

   v.

PRICEWATERHOUSECOOPERS, LLP,               **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

        Defendant.
_____/

    Defendant PricewaterhouseCoopers, LLP ("PwC") has requested that the court seal two exhibits which plaintiffs lodged under seal pursuant to the Protective Order (ECF No. 43) of October 12, 2007. The lodged documents – which plaintiffs relied upon in their Opposition to PwC's Motion To Decertify – contain excerpts from the deposition of defendant's Rule 30(b)(6) witness, Debbie McBee, and excerpts from a detailed internal training document of PwC. Both exhibits are relevant to the ability of Attest Associates to

1

exercise discretion and independent judgment, a key issue in PwC's Motion To Decertify. The public has a right to know the factual basis of this court's decisions. Accordingly, the motion to seal the exhibits, Exhs. 5 and 19 of the Kershaw Declaration (see ECF Nos. 524-5 and 524-19), will be denied. There is no request to seal any of plaintiffs' other lodged documents.

Defendant also requests that the court seal the Declaration of Janet Scott and confidential resumes it submitted in connection with its reply in support of its Motion to Decertify. Plaintiffs have not opposed that request. The request will be granted.

Accordingly, pursuant to E.D. Cal. R. 141 and the Protective Order ¶ 13, the court orders as follows:

1. Defendant's request to seal (ECF No. 537), is **DENIED**;

2. Plaintiffs shall, within seven (7) court days of this order, file their Opposition to PwC's Motion To Decertify in full and un-redacted;

3. Plaintiffs shall file their Kershaw Declaration, currently filed at ECF No. 524, in full, un-redacted, and with all exhibits;

4. The Clerk of the Court shall strike plaintiffs' previously filed redacted Opposition and Kershaw Declaration (and exhibits) (ECF Nos. 522 & 524);

5. Defendant's request to seal the Scott Declaration (ECF Nos. 529-1 and 529-2), is **GRANTED.**

IT IS SO ORDERED.

DATED: November 20, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2