```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,
                                         NO. CIV. S-06-2376 LKK/GGH

          Plaintiffs,

     v.

PRICEWATERHOUSECOOPERS, LLP,             O R D E R
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

          Defendant.
                                     /
```

On further consideration, the court now orders that the Scheduling Conference in this matter currently scheduled for February 4, 2013 is hereby **VACATED**.

Counsel for defendant shall notify this court of the Ninth Circuit's ruling on defendant's Rule 23(f) petition for leave to file an interlocutory appeal (see ECF No. 564), and shall so notify

//

//

1

1  this court within two (2) days of the Ninth's Circuit's ruling.
2
3       IT IS SO ORDERED.
4       DATED:  January 30, 2013.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT