UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

                             NO. CIV. S-06-2376 LKK/GGH

      Plaintiffs,

  v.

PRICEWATERHOUSECOOPERS, LLP,         **O R D E R**
a Limited Liability Partnership;,
and DOES 1-100, inclusive,

      Defendant.
_____/

    On further consideration, the court now orders that the Scheduling Conference in this matter currently scheduled for February 4, 2013 is hereby **VACATED**.

    Counsel for defendant shall notify this court of the Ninth Circuit's ruling on defendant's Rule 23(f) petition for leave to file an interlocutory appeal (see ECF No. 564), and shall so notify

//

//

1

1 this court within two (2) days of the Ninth's Circuit's ruling.

3    IT IS SO ORDERED.

4    DATED: January 30, 2013.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2