UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

                            NO. CIV. S-06-2376 LKK/AC

      Plaintiffs,

  v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

      Defendant.
_____/

SAMUEL BRANDON KRESS, JEFFREY
LABERGE AND WILLOW MARKHAM,
individually, and on behalf of
all others similarly situated,

      Plaintiffs,

  v.                            NO. CIV. S-08-0965 LKK/AC

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

      Defendant.
_____/

1

```
YURY ADAMOV, individually, and
on behalf of himself and all
others similarly situated
current and former employees
of PricewaterhouseCoopers LLP,

        Plaintiffs,

    v.                                  NO. CIV. S-13-1222 KJM/AC

PRICEWATERHOUSECOOPERS LLP, a
Limited Liability Partnerhsip;
and DOES 1-100, inclusive.              RELATED CASE ORDER

        Defendant
                                     /
```

The court is in receipt of a Notice of Related Cases filed by plaintiff Yury Adamov, in conformance with E.D. Cal. ("Local R.") 123(b). The Notice asserts that the above-entitled actions, No. 2:13-cv-1222-KJM, No. 2:06-cv-2376-LKK and No. 2:08-cv-965-LKK, are related.

Examination of the above-entitled actions shows that they are related within the meaning of Local R. 123(a). Related cases are reassigned to the judge with the lower numbered case. Local R. 123(c).

Accordingly, the court **ORDERS** as follows:

1. The case denominated No. S-13-cv-1222-KJM is reassigned to Senior Judge Lawrence K. Karlton for all further proceedings, and any dates currently set in this reassigned case only, are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as NO. S-13-cv-1222 LKK.

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this

1  reassignment.

2       DATED:  June 27, 2013.

```
                         /s/ Lawrence K. Karlton
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

3