UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,

NO. CIV. S-06-2376 LKK/AC

            Plaintiffs,

      v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

            Defendant.
_____/

SAMUEL BRANDON KRESS, JEFFREY
LABERGE AND WILLOW MARKHAM,
individually, and on behalf of
all others similarly situated,

            Plaintiffs,

      v.                          NO. CIV. S-08-0965 LKK/AC

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

            Defendant.
_____/

1

1

2   YURY ADAMOV, individually, and
    on behalf of himself and all
3   others similarly situated
    current and former employees
    of PricewaterhouseCoopers LLP,
4
            Plaintiffs,
5
        v.                                    NO. CIV. S-13-1222 KJM/AC
6
    PRICEWATERHOUSECOOPERS LLP, a
7   Limited Liability Partnerhsip;
    and DOES 1-100, inclusive.                RELATED CASE ORDER
8
            Defendant
9   _____/

10      The court is in receipt of a Notice of Related Cases filed by

11   plaintiff Yury Adamov, in conformance with E.D. Cal. ("Local R.")

12   123(b).  The Notice asserts that the above-entitled actions, No.

13   2:13-cv-1222-KJM, No. 2:06-cv-2376-LKK and No. 2:08-cv-965-LKK, are

14   related.

15      Examination of the above-entitled actions shows that

16   they are related within the meaning of Local R. 123(a). Related

17   cases are reassigned to the judge with the lower numbered case.

18   Local R. 123(c).

19      Accordingly, the court **ORDERS** as follows:

20      1.  The case denominated No. S-13-cv-1222-KJM is reassigned

21   to Senior Judge Lawrence K. Karlton for all further proceedings,

22   and any dates currently set in this reassigned case only, are

23   hereby VACATED.  Henceforth, the caption on documents filed in the

24   reassigned case shall be shown as NO. S-13-cv-1222 LKK.

25      2.  The Clerk of the Court shall make appropriate adjustment

26   in  the  assignment  of  civil  cases  to  compensate  for  this

2

1  reassignment.

2       DATED:  June 27, 2013.

3

4

5                                   _____
                                    LAWRENCE K. KARLTON
6                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26