| | |
|---|---|
| William A. Kershaw, SBN 057486<br>Lyle W. Cook, SBN 148914<br>Stuart C. Talley, SBN 180374<br>KERSHAW, CUTTER & RATINOFF, LLP<br>401 Watt Avenue<br>Sacramento, CA  95864<br>Telephone:  916-448-9800<br>Facsimile: 916-669-4499<br><br>*Attorneys for Plaintiffs* | DANIEL J. THOMASCH<br>(Admitted *Pro Hac Vice*)<br>dthomasch@gibsondunn.com<br>LAUREN J. ELLIOT<br> (Admitted *Pro HacVice*)<br>lelliot@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York  10166-0193<br>Telephone:     (212) 351-4000<br>Facsimile:      (212) 351-4035 |
| NORMAN C. HILE, SBN 57299<br>nhile@orrick.com<br>JULIE A. TOTTEN, SBN166470<br>jatotten@orrick.com<br>DAVID A. PRAHL, SBN 233583<br>dprahl@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, California  95814-4497<br>Telephone:      (916) 447-9200<br>Facsimile:       (916) 329-4900<br><br>*Attorneys for Defendant*<br>PRICEWATERHOUSECOOPERS LLP | JULIAN W. POON, SBN 219843<br>jpoon@gibsondunn.com<br>ALEXANDER K. MIRCHEFF, SBN 245074<br>amircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Telephone:     (213) 229-7000<br>Facsimile:      (213) 229-7520<br><br>MICHELE L. MARYOTT, SBN 191993<br>mmaryott@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, California 92612-4412<br>Telephone:     (949) 451-3800<br>Facsimile:      (949) 451-4220<br><br>*Attorneys for Defendant*<br>PRICEWATERHOUSECOOPERS LLP |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>        Defendant. | Case No. 06-CV-02376 LKK AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR PROTECTIVE ORDER** |

1  WHEREAS Plaintiffs Jason Campbell and Sarah Sobek ("Plaintiffs") filed a Motion for
2  Protective Order on September 20, 2013;

3  WHEREAS the parties are continuing to engage in meet and confer efforts regarding
4  preparation of the required Joint Statement Re Discovery Dispute;

5  WHEREAS the parties have agreed to continue the Motion for Protective Order currently
6  on calendar for October 30, 2013 at 10:00 a.m. to November 13, 2013 at 10:00 a.m.;

7  WHEREAS the parties have agreed to the following schedule with respect to the drafting
8  of the Joint Statement:

9  PwC will email to Plaintiffs their portion of the Joint Statement on October 24,
10  2013;

11  Plaintiffs will email to PwC their revised portion of the Joint Statement on
12  November 2, 2013;

13  PwC will email to Plaintiffs any revisions to their portion of the Joint Statement on
14  November 5, 2013 by 5:00 p.m.;

15  Plaintiffs will file the complete Joint Statement with the Court on November 6,
16  2013.

17

18  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason
19  Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLP, by and through their
20  respective undersigned counsel, that the hearing on Plaintiffs' Motion for Protective Order be
21  moved to November 13, 2013 at 10:00 a.m. and the Joint Statement to be briefed and filed
22  pursuant to the schedule set forth above.
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Dated: October 24, 2013

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE MARYOTT
JULIAN POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
ANDREA L. BROWN
Orrick, Herrington & Sutcliffe LLP

By: /s/Julie A. Totten
JULIE A. TOTTEN
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

Dated: October 24, 2013

KERSHAW, CUTTER & RATINOFF, LLP

By: /s/William A. Kershaw
WILLIAM A. KERSHAW
Attorneys for Plaintiffs

The court has reviewed the parties' stipulation and makes the following modification: the complete Joint Statement must be filed with the Court on November 6, 2013 <u>no later than 2:00 p.m.</u> IT IS SO ORDERED.

Dated: October 25, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;camp2376.cont.stip