William A. Kershaw, SBN 057486
Lyle W. Cook, SBN 148914
Stuart C. Talley, SBN 180374
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA  95864
Telephone: 916-448-9800
Facsimile: 916-669-4499

*Attorneys for Plaintiffs*

NORMAN C. HILE, SBN 57299
nhile@orrick.com
JULIE A. TOTTEN, SBN166470
jatotten@orrick.com
DAVID A. PRAHL, SBN 233583
dprahl@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:     (916) 447-9200
Facsimile:     (916) 329-4900

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

DANIEL J. THOMASCH
(Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
LAUREN J. ELLIOT
 (Admitted *Pro HacVice*)
lelliot@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

JULIAN W. POON, SBN 219843
jpoon@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:     (213) 229-7000
Facsimile:     (213) 229-7520

MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone:     (949) 451-3800
Facsimile:     (949) 451-4220

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL, et al., | Case No. 06-CV-02376 LKK AC |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR PROTECTIVE ORDER** |
| v. | |
| PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive, | |
| Defendant. | |

1   WHEREAS Plaintiffs Jason Campbell and Sarah Sobek ("Plaintiffs") filed a Motion for

2   Protective Order on September 20, 2013;

3   WHEREAS the parties are continuing to engage in meet and confer efforts regarding

4   preparation of the required Joint Statement Re Discovery Dispute;

5   WHEREAS the parties have agreed to continue the Motion for Protective Order currently

6   on calendar for October 30, 2013 at 10:00 a.m. to November 13, 2013 at 10:00 a.m.;

7   WHEREAS the parties have agreed to the following schedule with respect to the drafting

8   of the Joint Statement:

9   PwC will email to Plaintiffs their portion of the Joint Statement on October 24,

10   2013;

11   Plaintiffs will email to PwC their revised portion of the Joint Statement on

12   November 2, 2013;

13   PwC will email to Plaintiffs any revisions to their portion of the Joint Statement on

14   November 5, 2013 by 5:00 p.m.;

15   Plaintiffs will file the complete Joint Statement with the Court on November 6,

16   2013.

17

18   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jason

19   Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLP, by and through their

20   respective undersigned counsel, that the hearing on Plaintiffs' Motion for Protective Order be

21   moved to November 13, 2013 at 10:00 a.m. and the Joint Statement to be briefed and filed

22   pursuant to the schedule set forth above.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

- 1 -

STIPULATION AND ORDER TO CONTINUE HEARING
06-CV-02376 LKK GGH

1

2   Dated: October 24, 2013                    DANIEL J. THOMASCH
                                               LAUREN J. ELLIOT
3                                              MICHELE MARYOTT
                                               JULIAN POON
                                               Gibson Dunn & Crutcher LLP
4
                                               NORMAN C. HILE
5                                              JULIE A. TOTTEN
                                               ANDREA L. BROWN
6                                              Orrick, Herrington & Sutcliffe LLP

7

8                                              By:  /s/Julie A. Totten
                                                      JULIE A. TOTTEN
9                                                  Attorneys for Defendant
                                               PRICEWATERHOUSECOOPERS LLP
10

11  Dated: October 24, 2013                    KERSHAW, CUTTER & RATINOFF, LLP

12

13

14                                             By:  /s/William A. Kershaw
                                                     WILLIAM A. KERSHAW
15                                                 Attorneys for Plaintiffs

16
          The court has reviewed the parties' stipulation and makes the following modification:  the
17
    complete Joint Statement must be filed with the Court on November 6, 2013 no later than 2:00
18
    p.m.  IT IS SO ORDERED.
19
    Dated: October 25, 2013
20

21
                                               ALLISON CLAIRE
22                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26  /mb;camp2376.cont.stip

27

28

                                      - 2 -                STIPULATION AND ORDER TO CONTINUE HEARING
                                                           06-CV-02376 LKK GGH