```
                    UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


JASON CAMPBELL and
SARAH SOBEK, individually,
and on behalf of all other
similarly situated current
and former employees of
PricewaterhouseCoopers, LLP,,
                                       NO. CIV. S-06-2376 LKK/AC

          Plaintiffs,

     v.

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

          Defendant.
                                     /
SAMUEL BRANDON KRESS, JEFFREY
LABERGE AND WILLOW MARKHAM,
individually, and on behalf of
all others similarly situated,

          Plaintiffs,

     v.                                NO. CIV. S-08-0965 LKK/AC

PRICEWATERHOUSECOOPERS, LLP,
a Limited Liability Partnership;
and DOES 1-100, inclusive,

          Defendant.
                                     /
```

1

```
YURY ADAMOV, individually, and
on behalf of himself and all
others similarly situated
current and former employees
of PricewaterhouseCoopers LLP,

        Plaintiffs,

    v.                                    NO. CIV. S-13-1222 LKK/AC

PRICEWATERHOUSECOOPERS LLP, a
Limited Liability Partnerhship;
and DOES 1-100, inclusive.                RECUSAL ORDER

        Defendant
_____/
```

The undersigned hereby **RECUSES** himself from the above-captioned cases and IT IS ORDERED that:

1. All currently scheduled dates in the above-captioned cases are **VACATED;**

2. The Clerk of the Court reassign these cases to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignments; and

3. These cases are REASSIGNED to the Honorable Troy L. Nunley, United States District Judge.

   DATED:  February 4, 2014.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT