UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>Defendants. | No. 2:06-cv-02376-TLN-AC<br><br>**ORDER** |

Pursuant to the reassignment of this case, the parties are hereby ordered to attend a status conference hearing before this Court on March 6, 2014, at 2:00 p.m.

The Court hereby tentatively reschedules the following proceedings that were previously vacated by Judge Lawrence K. Karlton's recusal order: the Daubert Hearing previously scheduled for May 30, 2014, shall be heard on October 17, 2014, at 9:00 a.m; the final pretrial conference is set for November 20, 2014 at 2 p.m.; and the trial is set for February 2, 2015.  All such matters

1

will tentatively be heard in the undersigned's courtroom.  Should the parties have conflicts or concerns with any of the aforementioned dates, they should be prepared to address such concerns at the status conference hearing on March 6, 2014.

    IT IS SO ORDERED.

Dated: February 12, 2014

Troy L. Nunley
United States District Judge