William A. Kershaw, SBN 057486
Lyle W. Cook, SBN 148914
Stuart C. Talley, SBN 180374
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-448-9800
Facsimile: 916-669-4499

*Attorneys for Plaintiffs*

NORMAN C. HILE, SBN 57299
nhile@orrick.com
JULIE A. TOTTEN, SBN166470
jatotten@orrick.com
ANDREA L. BROWN, SBN 237629
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

DANIEL J. THOMASCH
(Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
LAUREN J. ELLIOT
(Admitted *Pro HacVice*)
lelliot@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

JULIAN W. POON, SBN 219843
jpoon@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>　　　　Defendant. | Case No. 2:06-CV-02376-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND REBUTTAL EXPERT WITNESS DISCLOSURE DEADLINE AND EXPERT WITNESS DEPOSITION DEADLINE** |

1   Plaintiffs Jason Campbell and Sarah Sobek ("Plaintiffs") and Defendant PricewaterhouseCoopers LLP
2   ("Defendant") hereby stipulate and respectfully request that the Court extend the rebuttal expert disclosure deadline
3   and the expert deposition deadline, based on the following facts and circumstances:
4   WHEREAS on June 14, 2013, the Court issued a case management order containing a schedule for expert
5   witness disclosure and discovery (see Dkt. 582), which set February 10, 2014 as the deadline for disclosure of
6   rebuttal expert witnesses and March 12, 2014 as the deadline for all expert depositions;
7   WHEREAS counsel for the parties have been actively working with each other and with the expert
8   witnesses to schedule expert depositions;
9   WHEREAS, despite the efforts of the parties, there have been difficulties scheduling the depositions of the
10  parties' experts due to circumstances beyond the parties' control;
11  WHEREAS the parties agree that a brief extension of the rebuttal expert witness disclosure deadline and the
12  expert deposition deadline will allow the parties to timely complete expert discovery without otherwise affecting the
13  trial schedule;
14  WHEREAS the parties agree that all other deadlines set by the Court in its June 14, 2013, case management
15  order shall remain in effect.
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -

STIPULATION AND ORDER
2:06-CV-02376-TLN-AC

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned counsel, that the rebuttal expert witness disclosure deadline of February 10, 2014 shall be extended to February 21, 2014 and the expert deposition deadline of March 12, 2014 shall be extended to March 21, 2014. All other dates set by the Court in its June 14, 2013 scheduling order shall remain in effect.

Dated: January 31, 2014

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE MARYOTT
JULIAN POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
ANDREA L. BROWN
Orrick, Herrington & Sutcliffe LLP

By:  */s/ Daniel J. Thomasch*
DANIEL J. THOMASCH
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

Dated: January 31, 2014

KERSHAW, CUTTER & RATINOFF, LLP

By:  */s/ William A. Kershaw*\*\*
WILLIAM A. KERSHAW
Attorneys for Plaintiffs

**As authorized on January 31, 2014.

**IT IS SO ORDERED.**

Dated: February 18, 2014

Troy L. Nunley
United States District Judge