UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive,<br><br>Defendants. | No.  2:06-cv-02376-TLN-AC<br><br>**ORDER** |

The Court hereby vacates the Pretrial Conference date of November 2014, and trial date of February 2, 2015.  Pursuant to the status conference held on March 6, 2014, the Pretrial Conference is reset for January 29, 2015, at 2:00 p.m., and the trial date is set for March 30, 2015, at 9:00 a.m.  The parties should be prepared to present arguments concerning motions in limine at the Pretrial Conference.  Motions in limine shall be filed with the Court on or before January 8, 2015; oppositions are due on or before January 15, 2015; and replies are due on or before January

1

23, 2015.

Finally, in the event that the parties decide that the date currently set for the parties' *Daubert* Hearing needs to be rescheduled, they are directed to file a stipulation with the Court which shall include an agreed upon date.

IT IS SO ORDERED.

Dated: March 13, 2014

Troy L. Nunley
United States District Judge