1   William A. Kershaw (State Bar No. 057486)        DANIEL J. THOMASCH
2   Lyle W. Cook (State Bar No. 148914)              (Admitted *Pro Hac Vice*)
    Stuart C. Talley (State Bar No. 180374)          dthomasch@gibsondunn.com
3   KERSHAW, CUTTER & RATINOFF, LLP                  LAUREN J. ELLIOT
    401 Watt Avenue                                  (Admitted *Pro Hac Vice*)
4   Sacramento, CA 95864                             lelliot@gibsondunn.com
    Telephone: (916) 448-9800                        Gibson, Dunn & Crutcher LLP
5   Facsimile:  (916) 669-4499                       200 Park Avenue
                                                     New York, New York 10166-0193
6                                                    Telephone: (212) 351-4000
    James P. Ulwick (Admitted *Pro Hac Vice*)        Facsimile:  (212) 351-4035
7   Jean E. Lewis, State Bar No. 148717
    KRAMON & GRAHAM, P.A.
8   One South Street, Suite 2600                     NORMAN C. HILE, SBN 57299
    Baltimore, Maryland  21202                       nhile@orrick.com
9   Telephone: (410) 752-6030                        JULIE A. TOTTEN, SBN 166470
    Facsimile:  (410) 539-1269                       jatotten@orrick.com
10                                                   ANDREA L. BROWN, SBN 237629
11  *Attorneys for Plaintiffs*                       abrown@orrick.com
                                                     Orrick, Herrington & Sutcliffe LLP
12                                                   400 Capitol Mall, Suite 3000
                                                     Sacramento, California 95814-4497
13                                                   Telephone: (916) 447-9200
                                                     Facsimile:  (916) 329-4900
14

15                                                   *Attorneys for Defendant*

16                      UNITED STATES DISTRICT COURT

17                     EASTERN DISTRICT OF CALIFORNIA

18

19  JASON CAMPBELL and SARAH SOBEK,          CASE NO. 06-CV-02376-TLN-AC
    individually, and on behalf of all other
    similarly situated current and former     **STIPULATION AND ORDER RE: TRIAL**
20  employees of PricewaterhouseCoopers, LLP, **SCHEDULE**

21              Plaintiffs,

22         vs.                                Complaint Filed:  October 27, 2006
                                              Assigned to: The Hon. Troy L. Nunley
23  PRICEWATERHOUSECOOPERS, LLP,
24   a Limited Liability Partnership,

25              Defendant.

26

27

28

STIPULATION AND ORDER RE: TRIAL SCHEDULE

1   Plaintiffs Jason Campbell and Sarah Sobek ("Plaintiffs") and Defendant

2   PricewaterhouseCoopers LLP ("Defendant"), by and through their respective counsel, hereby

3   respectfully request that the Court approve and adopt the following, stipulated trial schedule:

4   WHEREAS, on February 5, 2014, the Honorable Lawrence K. Karlton entered an Order

5   recusing himself from this matter and vacating the existing trial schedule, and on that same day,

6   the case was reassigned to the Honorable Troy L. Nunley (*see* Dkt. 594);

7   WHEREAS, the Court's Order of February 13, 2014 directed the parties to appear for a

8   status conference on March 6, 2014 and tentatively rescheduled the following proceedings that

9   were previously vacated by Judge Karlton's recusal order:  the *Daubert* Hearing for October 17,

10  2014, at 9:00 a.m.; the final pretrial conference for November 20, 2014 at 2:00 p.m.; and the trial

11  for February 2, 2015 (*see* Dkt. 595);

12  WHEREAS, following the March 6, 2014, status conference, the Court entered an Order

13  setting the trial date for March 30, 2015, at 9:00 a.m., the Pretrial Conference and motions *in*

14  *limine* hearing for January 29, 2015, at 2:00 p.m., and a briefing schedule for the parties' motions

15  *in limine* (motions January 8, 2015, oppositions January 15, 2015, and replies January 23, 2015)

16  (*see* Dkt. 599);

17  WHEREAS, the parties have now met and conferred and agreed upon dates for the

18  remaining pretrial events, as follows: disclosure of rebuttal expert witnesses by July 8, 2014;

19  completion of expert witness discovery by August 15, 2014; filing of *Daubert* motions by

20  September 5, 2014; filing of *Daubert* oppositions by September 26, 2014; filing of *Daubert*

21  replies by October 10, 2014; filing of Plaintiffs' Pretrial Statement by November 25, 2014; filing

22  of PwC's Pretrial Statement by December 16, 2014; and filing of trial briefs by March 9, 2015;

23  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant,

24  by and through their respective undersigned counsel, that the following schedule of pretrial events

25  and filings be adopted:

26

27

28

STIPULATION AND ORDER RE: TRIAL SCHEDULE

| EVENT/FILING | DATE |
|---|---|
| Disclosure of Rebuttal Expert Witnesses | 7/8/14 |
| Completion of Expert Witness Discovery | 8/15/14 |
| *Daubert* Motions | 9/5/14 |
| *Daubert* Oppositions | 9/26/14 |
| *Daubert* Replies | 10/10/14 |
| *Daubert* Hearing | 10/17/14 |
| Plaintiffs' Pretrial Statement | 11/25/14 |
| PwC's Pretrial Statement | 12/16/14 |
| Motions *in Limine* | 1/8/15 |
| MIL Oppositions | 1/15/15 |
| MIL Replies | 1/23/15 |
| MIL Hearing | 1/29/15 |
| Final Pretrial Conference | 1/29/15 |
| Trial Briefs | 3/9/15 |
| Trial | 3/30/15 |

Dated:  May 1, 2014                                   KERSHAW, CUTTER & RATINOFF, LLP


By:  _____
                    */s/ William A. Kershaw*
                    WILLIAM A. KERSHAW
            Attorneys For Plaintiffs Jason Campbell and
                            Sarah Sobek


Dated:  May 1, 2014                                   GIBSON DUNN & CRUTCHER LLP


By:  _____
                    */s/ Daniel J. Thomasch*
                    DANIEL J. THOMASCH
                Attorneys For Defendant
                PricewaterhouseCoopers LLP

**IT IS SO ORDERED.**

Dated: May 6, 2014

_____
Troy L. Nunley
United States District Judge

-3-

STIPULATION AND ORDER RE: TRIAL SCHEDULE