William A. Kershaw, SBN 057486
Lyle W. Cook, SBN 148914
Stuart C. Talley, SBN 180374
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA  95864
Telephone:  916-448-9800
Facsimile: 916-669-4499

James P. Ulwick (Admitted *Pro Hac Vice*)
Jean E. Lewis, State Bar No. 148717
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269

*Attorneys for Plaintiffs*


NORMAN C. HILE, SBN 57299
nhile@orrick.com
JULIE A. TOTTEN, SBN166470
jatotten@orrick.com
ANDREA L. BROWN, SBN 237629
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:     (916) 447-9200
Facsimile:      (916) 329-4900

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

DANIEL J. THOMASCH
(Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
LAUREN J. ELLIOT
 (Admitted *Pro HacVice*)
lelliot@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone:     (212) 351-4000
Facsimile:      (212) 351-4035

JULIAN W. POON, SBN 219843
jpoon@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:     (213) 229-7000
Facsimile:      (213) 229-7520

MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone:     (949) 451-3800
Facsimile:      (949) 451-4220

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL, et al., | Case No. 06-CV-02376 TLN AC |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF EXPERT WITNESS DISCOVERY AND AMEND DAUBERT MOTION BRIEFING SCHEDULE** |
| v. | |
| PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive, | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Jason Campbell and Sarah Sobek ("Plaintiffs") and Defendant PricewaterhouseCoopers LLP ("Defendant") hereby stipulate and respectfully request that the Court extend the deadline for completion of expert witness discovery and amend the *Daubert* motion briefing schedule, based on the following facts and circumstances:

WHEREAS on May 6, 2014, the Court so ordered the Stipulation and [Proposed] Order Re:  Trial Schedule (see Dkt. 601), which set August 15, 2014 as the deadline for the completion of expert witness discovery; September 5, 2014 as the deadline for filing *Daubert* motions; September 26, 2014 as the deadline for filing *Daubert* oppositions; and October 10, 2014 as the deadline for filing *Daubert* replies;

WHEREAS counsel for the parties have been actively working with each other and with Plaintiffs' expert witness, Lynn Turner, to schedule Mr. Turner's deposition;

WHEREAS, despite the efforts of the parties, there have been difficulties scheduling the deposition of Plaintiffs' expert witness due to circumstances beyond the parties' control;

WHEREAS the parties agree that a brief extension of the expert discovery deadline and an amendment to the *Daubert* briefing schedule will allow the parties to timely complete expert depositions and fully brief the *Daubert* motions without otherwise affecting the trial schedule;

WHEREAS the parties agree that all other deadlines set by the Court in its May 6, 2014, trial schedule order shall remain in effect.

///
///
///
///
///
///
///
///
///

///

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned counsel, that the following schedule shall be adopted:

| EVENT/FILING | DATE |
|---|---|
| Completion of expert witness discovery | September 8, 2014 |
| *Daubert* motion | September 15, 2014 |
| *Daubert* opposition | October 1, 2014 |

All other dates set by the Court in its May 6, 2014 scheduling order shall remain in effect.

Dated: September 3, 2014

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE MARYOTT
JULIAN POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
ANDREA L. BROWN
Orrick, Herrington & Sutcliffe LLP

By:          */s/ Daniel J. Thomasch*
DANIEL J. THOMASCH
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

Dated: September 3, 2014

KERSHAW, CUTTER & RATINOFF, LLP

By:          */s/ William A. Kershaw***
WILLIAM A. KERSHAW
Attorneys for Plaintiffs

**As authorized on September 3, 2014.

- 2 -

**IT IS SO ORDERED.**

Dated: September 8, 2014

_____
Troy L. Nunley
United States District Judge