UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL and SARAH SOBEK, individually, and on behalf of all other similarly situated current and former employees of PricewaterhouseCoopers, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership,<br><br>Defendant. | No. 06-CV-02376-TLN-AC<br><br>**ORDER** |

Due to the impending trial date, the Court requests the parties inform the Court within fourteen (14) days of the entry of this order as to whether they would be amenable to attending a settlement conference prior to trial. In the event that the parties would be amenable to such, the Court requests that the parties submit proposed dates for the settlement conference.

IT IS SO ORDERED.

Dated: October 27, 2014

Troy L. Nunley
United States District Judge

1