William A. Kershaw, SBN 057486
Lyle W. Cook, SBN 148914
Stuart C. Talley, SBN 180374
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-448-9800
Facsimile: 916-669-4499

James P. Ulwick (Admitted *Pro Hac Vice*)
Jean E. Lewis, State Bar No. 148717
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269

*Attorneys for Plaintiffs*

NORMAN C. HILE, SBN 57299
nhile@orrick.com
JULIE A. TOTTEN, SBN166470
jatotten@orrick.com
ANDREA L. BROWN, SBN 237629
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:   (916) 447-9200
Facsimile:    (916) 329-4900

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

DANIEL J. THOMASCH
(Admitted *Pro Hac Vice*)
dthomasch@gibsondunn.com
LAUREN J. ELLIOT
 (Admitted *Pro HacVice*)
lelliot@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

JULIAN W. POON, SBN 219843
jpoon@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:   (213) 229-7000
Facsimile:    (213) 229-7520

MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone:   (949) 451-3800
Facsimile:    (949) 451-4220

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CAMPBELL, et al., | Case No. 06-CV-02376 TLN AC |
| Plaintiffs, | **STIPULATION AND ORDER RE TRIAL SCHEDULE** |
| v. | |
| PRICEWATERHOUSECOOPERS, LLP, a Limited Liability Partnership, and DOES 1-100, inclusive, | |
| Defendant. | |

Pursuant to discussions between Plaintiffs Jason Campbell and Sarah Sobek and Defendant PricewaterhouseCoopers LLP ("PwC"), the parties, by and through their respective counsel, and without prejudice to either party's right to seek further continuance of dates set forth on the Stipulation and Order Re: Trial Schedule (dkt 601), hereby stipulate and respectfully request that the Court continue the deadline for PwC's filing of its Pretrial Statement from December 16, 2014 to January 8, 2015.

Dated: December 16, 2014

DANIEL J. THOMASCH
LAUREN J. ELLIOT
MICHELE MARYOTT
JULIAN POON
Gibson Dunn & Crutcher LLP

NORMAN C. HILE
JULIE A. TOTTEN
ANDREA L. BROWN
Orrick, Herrington & Sutcliffe LLP

By: */s/ Daniel J. Thomasch*
DANIEL J. THOMASCH
Attorneys for Defendant
PRICEWATERHOUSECOOPERS LLP

Dated: December 16, 2014

KERSHAW, CUTTER & RATINOFF, LLP

By: */s/ William A. Kershaw*\*\*
WILLIAM A. KERSHAW
Attorneys for Plaintiffs

\*\*As authorized on December 16, 2014.

**IT IS SO ORDERED.**

Dated: December 17, 2014

Troy L. Nunley
United States District Judge

- 1 -

STIPULATION AND ORDER
06-CV-02376 TLN AC