1  WILLIAM A. KERSHAW (SBN 057486)
   LYLE W. COOK (SBN 148914)
2  STUART C. TALLEY (SBN 180374)
   KERSHAW, CUTTER & RATINOFF, LLP
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone: (916) 448-9800
   Facsimile:  (916) 669-4499
5
   JAMES P. ULWICK (Admitted *Pro Hac Vice*)
6  JEAN E. LEWIS (SBN 148717)
   KRAMON & GRAHAM, P.A.
7  One South Street, Suite 2600
   Baltimore, Maryland  21202
8  Telephone:  (410) 752-6030
   Facsimile:  (410) 539-1269
9
   *Attorneys for Plaintiffs*
10
11 NORMAN C. HILE, SBN 57299
   JULIE A. TOTTEN, SBN166470
12 ANDREA L. BROWN, SBN 237629
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 400 Capitol Mall, Suite 3000
   Sacramento, California 95814-4497
14 Telephone: (916) 447-9200
   Facsimile: (916) 329-4900
15
   *Attorneys for Defendant*
16 PRICEWATERHOUSECOOPERS LLP

DANIEL J. THOMASCH
(Admitted *Pro Hac Vice*)
LAUREN J. ELLIOT
(Admitted Pro Hac Vice)
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

JULIAN W. POON, SBN 219843
ALEXANDER K. MIRCHEFF, SBN 245074
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

MICHELE L. MARYOTT, SBN 191993
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

*Attorneys for Defendant*
PRICEWATERHOUSECOOPERS LLP

17              UNITED STATES DISTRICT COURT

18            EASTERN DISTRICT OF CALIFORNIA

19
   JASON CAMPBELL and SARAH
20 SOBEK, individually, and on behalf of all
   other similarly situated current and former
21 employees of PricewaterhouseCoopers,
   LLP,
22
            Plaintiffs,
23
        vs.
24
   PRICEWATERHOUSECOOPERS, LLP,
25 a Limited Liability Partnership,
26          Defendant.
27
28

Case No.: 06-CV-02376-TLN-AC

**STIPULATION AND ORDER RE
MATTERS TO BE ADDRESSED AT
JANUARY 29, 2015 STATUS
CONFERENCE**

Date:   January 29, 2015
Time:  2:00 p.m.
Courtroom 2, 15th Floor
Assigned to Judge Troy L. Nunley

1    Plaintiffs Jason Campbell and Sarah Sobek ("Plaintiffs") and Defendant

2    PricewaterhouseCoopers LLP ("PwC" or "Defendant") hereby stipulate to the following:

3    WHEREAS, Magistrate Judge Kendall J. Newman entered a Minute Order on January 7,

4    2015 vacating existing dates in this matter and setting a status conference before Honorable Troy

5    L. Nunley on January 29, 2015 ("Minute Order") (Dkt. No. 641);

6    WHEREAS, the Minute Order directed the parties to file the necessary documents and a

7    stipulation addressing the matters to be addressed at the status conference, as well as a schedule

8    for proceedings following the status conference;

9    WHEREAS, on January 14, 2015, Plaintiffs filed an Unopposed Motion for Preliminary

10   Approval of Class Action Settlement and a [Proposed] Order Granting Preliminary Approval of

11   Class Action Settlement, which attaches the parties' Settlement Agreement and Release as an

12   exhibit;

13   WHEREAS, pursuant to 28 U.S.C. Section 1715(b)(1), Defendant is required to serve

14   notice of the proposed settlement upon the appropriate State official of each State in which a class

15   member resides and the appropriate Federal official ("CAFA Notice") by January 24, 2015; and

16   WHEREAS, pursuant to 28 U.S.C. Section 1715(d), an order giving final approval of the

17   proposed Settlement of this action may not be issued earlier than 90 days after service of the

18   CAFA Notice, *i.e.*, not earlier than April 24, 2015.

19   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant,

20   through their respective undersigned counsel, that:

21   1.    The January 29, 2015 status conference be converted into a hearing on Plaintiffs'

22         Unopposed Motion for Preliminary Approval of Class Action Settlement;

23   2.    In the event that this Court grants Preliminary Approval of the Settlement,

24         Plaintiffs will file their Motion for Fees and Costs by February 25, 2015, and

25         Plaintiffs will file their Motion for Final Approval by March 20, 2015, both of

26         which will be addressed at the Final Approval Hearing.

27   / / /

28   / / /

-1-

1    3.    The Court will set a date for the Final Approval Hearing at the January 29, 2015

2    hearing.

3

4    Dated:  January 15, 2015                    KERSHAW, CUTTER, & RATINOFF, LLP

5
                                                By:  _/s/ William A. Kershaw_____
6                                                     William A. Kershaw
                                                      *Attorneys for Plaintiffs*
7

8    Dated: January 15, 2015                     DANIEL J. THOMASCH
                                                 LAUREN J. ELLIOT
9                                                MICHELE MARYOTT
                                                 JULIANPOON
10                                               Gibson, Dunn & Crutcher LLP

11                                               NORMAN C. HILE
12                                               JULIE A. TOTTEN
                                                 ANDREA L. BROWN
13                                               Orrick, Herrington & Sutcliffe LLP

14

15                                               By:  _/s/ Daniel J. Thomasch_____
                                                      DANIEL J. THOMASCH
16                                                    Attorneys for Defendant
17                                                    PRICEWATERHOUSECOOPERS LLP

18

19    **IT IS SO ORDERED.**

20

21    Dated:  January 20, 2015

22

23

24                                               Troy L. Nunley
                                                 United States District Judge
25

26

27

28

-2-

STIPULATION RE MATTERS TO BE ADDRESSED AT STATUS CONFERENCE